THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRIC OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION OF
GREATER SEATTLE,

          Plaintiff,

   v.

HENOCK TECKLE GEBREKIDAN et al.,

          Defendant.

CASE NO. 3:24-cv-05517-DGE

FRCP/LCR 26(F) COMBINED JOINT
STATUS REPORT AND DISCOVERY
PLAN AS

Pursuant to this Court's Order of October 4, 2024 (Dkt. No. 31), Fed. R. Civ. P., and Local Civil Rule 26(f), the parties hereby submit this Combined Joint Status Report and Discovery Plan and inform the Court as follows:

1.    **Nature and Complexity of the Case**

Plaintiff EAGS asserts claims of Trespass to Land, Trespass to Chattels, Conversion, intentional interference with Contractual Relations, and Intentional Interference with Prospective Economic Advantage by Defendants. The named defendant denies these allegations and claims and asserts that Plaintiff is not entitled to damages or other relief.

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 1

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Eleven of the twelve named defendants have asserted counterclaims for Defamation and Abuse of Process. The Plaintiff denies these allegations and claims and asserts that these named defendants are not entitled to damages or other relief. The parties agree the case is not complex, but will likely be time consuming based on the number of claims/counterclaims, and a large number of witnesses.

**2.      Proposed Deadline for Joining Additional Parties**

The parties do not currently anticipate joining additional parties, but propose the deadline for doing so should be March 3, 2024, which is approximately sixty (60) days after the deadline for filing of this Joint Status Report.

**3.      Discovery Plan**

**A)      Initial Disclosures**

Pursuant to FRCP 26(a)(1), and this Court's Order of October 4, 2024 (Dkt. No. 33), the parties have exchanged initial disclosures timely.

**B)      Subject, Timing and Potential Phasing of Discovery**

Plaintiff anticipates conducting written discovery regarding the facts underlying Plaintiff's claims as well as the named Defendants' defenses and counterclaims, and will seek deposition testimony of lay and/or expert witnesses identified by Defendants. Defendants anticipate conducting written discovery and obtaining deposition testimony on these same subjects and regarding Plaintiff's claims for damages and/or other relief.  Discovery will commence immediately, and will be conducted with all due speed.

**C)      Electronically Stored Information ("ESI")**

The parties do not currently anticipate any particular challenges concerning discovery of ESI, as the likely volume of discoverable documents is contained to only a handful of

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 2

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

custodians and over a fairly limited period of time.  The parties are prepared to adopt the Western District of Washington's Model Protocol for Discovery of Electronically Stored Information in Civil Litigation ("Model Protocol") if any difficulties or conflicts arise, and will meet and confer at appropriate times to determine which portions of the Model Protocol are applicable to any relevant discovery issue.  Potentially discoverable documents are being preserved by Defendant in accordance with the Model Protocol.  The parties agree that any electronic discovery will be produced in a fixed image format (PDF or TIFF), except for audio or video recordings, which will be produced in a mutually agreed upon format, such a MP3 or MPEG

**D)      Privilege issues**

The parties do not currently anticipate any disputes regarding attorney/client privilege or work product issues.  In the case of inadvertent production of privileged communications, the parties and their attorneys will cooperate in managing such issues in accordance with the applicable Federal Rules of Civil Procedure.

**E)      Proposed Limitations on Discovery**

The parties do not anticipate any issues regarding the need for negotiated limitations on discovery.  Neither party waives the right to seek leave to impose or challenge such proposed limits, if necessary, as the case proceeds.

**F)      The Need for Any Discovery Related Orders**

The parties anticipate jointly filing a Stipulated Motion for Protective Order to protect their respective confidentiality interests.  This motion will be based on the Western District's model order for such matters.  The parties do not otherwise currently anticipate the need for any discovery-related orders.

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 3

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

4.     **The Parties' Views, Proposals, and Agreements on All Items Set Forth in Local Civil Rule 26(f)(1)**

A)     **Prompt Case Resolution**

At this point, the parties believe substantial discovery is required before it will be possible to engage in productive discussions about a potential negotiated settlement. The parties will therefore focus their attention on such discovery to determine whether and when such discussions should resume.

B)     **Alternative Dispute Resolution**

The parties will consult after considerable progress has been made during discovery to determine whether it makes sense to engage the assistance of a mediator.

C)     **Related Cases**

The parties are not aware of any currently pending related cases.

D)     **Discovery Management**

The parties do not currently anticipate any discovery controversies and will cooperate in the discovery process.

E)     **Anticipated Discovery Sought**

Please see the parties' response to 3(b), above.

F)     **Phasing Motions**

The parties do not believe that phasing motions will be requested.

G)     **Preservation of Discoverable Information**

The parties currently believe all reasonably discoverable information has been preserved.

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 4

Stockwell Law Firm PLLC
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

**H)      Privilege Issues**

Please see the parties' response to 3(d) above.

**I)      Model Protocol for Discovery of ESI**

Please see the parties' response to 3(c), above.

**J)      Alternatives to Model Protocol**

Please see the parties' response to 3(c), above.

**5.      Completion of Discovery**

The parties believe discovery can be completed on or before June 1, 2024.

**6.      Bifurcation**

The parties do not anticipate asking that this case be bifurcated.

**7.      Pretrial Statements**

Parties do not agree to dispense in whole or part with pretrial statement or pretrial order requirements as set forth in Local Rule 16.

**8.      Whether the parties intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2 or any ADR options set forth in Local Civil Rule 39.1.**

The parties do not intend to utilize the Individualized Trial Program set forth in Local Civil Rule 39.2.  As discussed above, the parties anticipate further discussion on the possibility of engaging a mediator at or near the close of discovery.

**9.      Suggestions for Shortening and Simplifying the Case**

The parties do not currently have any such suggestions.

**10.      The Date Case will be ready for Trial**

The parties expect that the case will be ready for trial on Monday, July 1, 2024.

**11.      Jury or Non-Jury Trial**

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 5

Stockwell Law Firm PLLC
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Plaintiff timely requested a jury trial.

**12.**    **Trial Days**

Parties anticipate a jury trial between 10 and 20 court days, including jury selection.

**13.**    **The names, addresses, email, and telephone numbers of all trial counsel**

**Plaintiff's Counsel:**

**Eduardo G Roy**
PROMETHEUS PARTNERS LLP
555 MONTGOMERY ST
STE 708
SAN FRANCISCO, CA 94111
415-370-4375
Email: eduardo.roy@prometheus-law.com

**Alec Cierny**
THE CIERNY FIRM
650 CALIFORNIA ST
FL 7
SAN FRANCISCO, CA 94108
415-259-4646
Email: alec@ciernylaw.com

**Todd W Wyatt**
WYATT GRONSKI PLLC
371 NE GILMAN BLVD
SUITE 260
ISSAQUAH, WA 98207
425-395-7784
Email: todd@wdlawgroup.com

**Named Defendants' Counsel:**

**Christopher J. Stockwell**
STOCKWELL LAW FIRM PLLC
3300 E UNION STREET #108
SEATTLE, WA 98112
206-929-3111
Email: chris@stockwelllawfirm.com

**14.**    **The dates on which trial counsel may have complications to be considered in setting a trial date**

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 6

Stockwell Law Firm PLLC
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Counsel for the parties have no known conflicts between July 1, 2025 and November 4, 2025.

15. **If, on the due date of the Report, all defendant(s) or respondent(s) have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.**

All parties have been served in this matter.

16. **Whether any party wishes a scheduling conference before the Court enters a scheduling order in the case**

The parties are not requesting a scheduling conference with the Court at this time.

17. **Date Disclosure Statements were Filed**

Defendant filed its Corporate Disclosure Statement on August 11, 2021

*Presented by:*

Dated:                                          **WYATT GRONKSKI PLLC**


By:   */s/ Todd Wyatt*
      TODD WYATT, WSBA #31608
      Attorney for Plaintiff
      ERITREAN  ASSOCIATION  IN  GREATER
      SEATTLE

Dated:                                          **PROMETHEUS PARTNERS L.L.P.**


By:   */s/ Eduardo G. Roy*

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 7

EDUARDO G. ROY
Attorney for Plaintiff
ERITREAN ASSOCIATION IN GREATER SEATTLE
*PRO HAC VICE*

Dated:                    **THE CIERNY FIRM**


By:   */s/ Alec Cierny*
      ALEC CIERNY
      Attorney for Plaintiff
      ERITREAN ASSOCIATION IN GREATER SEATTLE
      *PRO HAC VICE*


Dated:                    **STOCKWELL LAW FIRM PLLC**


By:   */s/ Christopher J. Stockwell*
      Attorney for Defendants:
      HENOK TEKLE GEBREKIDAN, AWET TSEHAYE, ELEN TESFAGHIORGHIS, SOLOMON G. ASSEFAW, YORDANOS GEBREMICAEL GEBREGIORGIS, TEMESGHEN KAHSAY, HAILE TSAEDA, AFEWERKI TESFAMARIAM, YONATAN TEWELDE, ESAYAS TEWOLDE TESFAMICAEL GEBRE TEKLE, HADUISH BIRHANE, SABA KIDANE HERITAGE

COMBINED JOINT STATUS
REPORT AND DISCOVERY
PLAN No. 3:24-cv-05517-DGE – 8

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111