UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION IN
GREATER SEATTLE,

Plaintiff(s),

v.

HENOCK TECKLE GEBREKIDAN et
al.,

Defendant(s).

CASE NO.
3:24–cv–05517–DGE

ORDER SETTING
JURY TRIAL AND
PRETRIAL DATES

## TRIAL AND PRETRIAL DATES

| | |
|---|---|
| TWENTY DAY JURY TRIAL set for 09:00 AM | March 23, 2026 |
| Deadline for filing motion to join parties | February 10, 2025 |
| Deadline for amending pleadings | February 20, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 15, 2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | September 15, 2025 |
| All motions related to discovery must be filed by | October 24, 2025 |
| Discovery completed by | October 29, 2025 |
| All dispositive motions must be filed by | November 24, 2025 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | February 17, 2026 |

ORDER SETTING TRIAL DATE
AND RELATED DATES – 1

| Agreed pretrial order filed with the Court by | March 2, 2026 |
|---|---|
| Pretrial conference will be held at 01:30 PM on | March 13, 2026 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | March 2, 2026 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.**

### ALTERATION TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court. Pro se litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The Western District of Washington will no longer accept courtesy copies in 3–ring binders. All courtesy copies must be 3–hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3–ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

### PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

ORDER SETTING TRIAL DATE
AND RELATED DATES – 2

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court". *See* Fed. R. Civ. P. 16(b)(3)(B)(v). The movant must submit a joint statement to the Court briefly identifying the issue(s) in dispute. The joint statement shall be no more than three pages (preferably shorter). Thereafter, the movant should contact Gretchen Craft at gretchen_craft@wawd.uscourts.gov to schedule a conference.

## MOTIONS IN LIMINE

Local Civil Rule 7(d)(4) provides that "[a]ny motion in limine must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve which matters really are in dispute." In conjunction with this certification, the moving party shall submit evidence that the meet−and−confer process actually occurred, including whether it was in person, by telephone, or by video conference. Failure to submit such evidence may lead the court to take action as stated in LCR 11.

To assist the Court, the non−moving party should mirror the format of the moving party's motion in limine, including naming and stylistic conventions.

## TRIAL EXHIBITS

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy on the morning of the first day of trial. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit

ORDER SETTING TRIAL DATE
AND RELATED DATES − 3

in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three–ring binder with appropriately numbered tabs.

### SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk at gretchen_craft@wawd.uscourts.gov as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The foregoing Minute Order entered by /s/ Gretchen Craft  Deputy Clerk, **BY DIRECTION OF THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.**

DATED:  The 10th of January 2025

ORDER SETTING TRIAL DATE
AND RELATED DATES – 4