The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ERITREAN ASSOCIATION IN GREATER SEATTLE, a Washington Not for Profit Corporation,

Plaintiff,

vs.

HENOCK TECKLE GEBREKIDAN, a Maryland citizen, SABA KIDANE HERITAGE, a California citizen, AWET TSEHAYE, an Oklahoma citizen, ELEN TESFAGHIORGHIS, a Texas citizen, SOLOMON  GEBREYESUS, a California citizen, YORDANOS GEBREMICHAEL GEBREGIORGIS, a California citizen, TEMESGHEN KAHSAY, a North Carolina citizen, HAILE ANGESOM TSEADA, a California citizen, AFEWERKI TESFAMARIAM, a Georgia citizen, YONATAN TEWELDE, a Pennsylvania citizen,  ESAYAS TEWOLDE TESFAMICAEL, a Pennsylvania citizen, GEBREHIWET TEKLEHAIMANOT, a California citizen, HADUSH BRHANE, a Kentucky citizen, and DOES 1 through 150, inclusive,

Defendants.

Case No. 3:24-cv-05517-DGE

**DECLARATION OF EDUARDO G. ROY IN SUPPORT OF PLAINTIFF AND COUNTERCLAIMS DEFENDANT ERITREAN ASSOCIATION IN GREATER SEATTLE'S RULE 12(f) MOTION TO STRIKE COUNTERCLAIMS, AFFIRMATIVE DEFENSES, AND PRAYERS FOR RELIEF FROM DKT. NO 62**

**NOTE ON MOTION CALENDAR**: **May 5, 2025**

**ORAL ARGUMENT REQUESTED**

DECL.OF EDUARDO G. ROY ISO MTN TO STRIKE DEFENDANTS' DISMISSED COUNTERCLAIMS, PRAYERS FOR RELIEF, AND AFFIRM. DEFENSES FROM DKT. 62

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

I, EDUARDO G. ROY, declare and affirm as follows:

1.    I am co-counsel of record, admitted pro hac vice, for Plaintiff Eritrean Association in Greater Seattle. I have personal knowledge of the following facts and, if called upon, could and would competently testify thereto.

2.    I am providing this declaration to inform the Court of information relevant to my efforts to cause opposing counsel, Mr. Christopher J. Stockwell, to dismiss or stipulate to the striking of Defendants' Counterclaims, including the Prayer for Relief, and amended affirmative Defenses from Defendants' pleading recently filed on March 22, 2025, as Dkt. No. 62.

3.    By way of brief background, I have been an attorney admitted to practice law in the state and federal courts of the State of California for over 30 years, during which I was an Assistant United States Attorney for the Northern District of California, and I was Independent Counsel of the United States of America *In Re Secretary of Agriculture Alphonso Michael Espy*. I am also a former Deputy Attorney General for the State of California. In addition, I was the national White Collar Co-Practice Leader for Squire Sanders and Dempsey, now Squire Patton Boggs. I am also a former partner of the international law firm DLA Piper. I am also the current founding partner of Prometheus Partners L.L.P.

4.    Upon reviewing Defendants' pleading at Dkt. No. 62, I immediately made three important observations including: (1) Defendants had restated and refiled their Counterclaims that had been previously dismissed by the Court; (2) Defendants included a Prayer with seven forms of relief that were unavailable to Defendants after their Counterclaims for damages, etc. were dismissed, and (3) Defendants' affirmative defenses did not exist under Washington law, based on my prior research in connection with Plaintiff's motion to strike the then six affirmative defenses, and/or were improperly stated.

5.    After concluding that Mr. Stockwell had improperly restated and refiled the previously dismissed Counterclaims, which I felt was frivolous, I wrote to him explaining my position and requested that he either simply dismiss the Counterclaims or stipulate that those claims be stricken from the pleading. A true and accurate copy of this letter is attached hereto as Exhibit "1". In addition, in hopes of persuading Mr. Stockwell not to require my client to incur the expense of having to move to strike the Counterclaims, I also included with my letter a notice of motion for sanctions, a true and accurate copy of which is attached hereto as Exhibit "2".

DECL. OF EDUARDO G. ROY ISO MTN TO
STRIKE DEFENDANTS' DISMISSED
COUNTERCLAIMS, PRAYERS FOR RELIEF, AND
AFFIRM. DEFENSES FROM DKT. 62

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

6. After I also concluded that Defendants' affirmative defenses were improper for a number of those reasons, I wrote a separate letter to Mr. Stockwell explaining my position in some detail. A true and accurate copy of this letter is attached hereto as Exhibit "3".

7. The morning after sending Mr. Stockwell the letters and notice of motion mentioned above, Mr. Stockwell telephoned me to discuss these matters. Unfortunately, despite my best efforts to convince Mr. Stockwell to dismiss or stipulate to strike the Counterclaims and agree to have the seven affirmative defenses and the prayers for relief stricken as well, he refused to do so. His stated position was that "we will just have to agree to disagree." Following that call, I followed up with an email to Mr. Stockwell summarizing our conversation, a true and accurate copy of which is attached hereto as Exhibit "4".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 7, 2025, in San Francisco, California.


/s/ Eduardo G. Roy
EDUARDO G. ROY

DECL. OF EDUARDO G. ROY ISO MTN TO
STRIKE DEFENDANTS' DISMISSED
COUNTERCLAIMS, PRAYERS FOR RELIEF, AND
AFFIRM. DEFENSES FROM DKT. 62

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

**EXHIBIT 1**



April 4, 2025

**<u>VIA EMAIL & FEDEX DELIVERY</u>**

Christopher J. Stockwell, Esq.
Stockwell Law Firm PLLC
3300 E. Union Street #108
Seattle, WA 98112

   Re: *<u>Eritrean Association of Greater Seattle v. Henock Teckle Gebrekidan, et al.</u>*
     USDC, Western District of Washington at Tacoma Case No. 3:24-cv-05517-DGE

Good afternoon, Mr. Stockwell,

I am writing to meet and confer with you regarding your clients' Counterclaims that you refiled in Document No. 62, at pp. 8-19, with your clients' amended affirmative defenses that I will be addressing separately.

As you know, the Court granted my client's motion to dismiss the Counterclaims in Document No. 55. As such, I do not believe you had any legal right to refile those Counterclaims. Therefore, I believe they should be voluntarily dismissed forthwith. Alternatively, I would accept a stipulated order striking the Counterclaims from Document No. 62 to eliminate them from this case.

In the event you refuse to comply with either request, I will be filing a motion to strike the Counterclaims on Monday, April 7. I am also serving you herewith a notice of motion for sanctions which I believe to be self-explanatory.

Thank you for your anticipated cooperation.

       Very truly yours,

       */s/ Eduardo G. Roy*

       Eduardo G. Roy

Attachment
cc: Todd W. Wyatt (via email only)

*Prometheus Partners L.L.P.*
*555 Montgomery Street*
*Suite 708*
*San Francisco, CA 94104*
*Main: 415.527.0255*
*http://prometheus-law.com*

# EXHIBIT 2

The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ERITREAN ASSOCIATION IN GREATER SEATTLE, a Washington Not for Profit Corporation,

        Plaintiff,

   vs.

HENOCK TECKLE GEBREKIDAN, a Maryland citizen, SABA KIDANE HERITAGE, a California citizen, AWET TSEHAYE, an Oklahoma citizen, ELEN TESFAGHIORGHIS, a Texas citizen, SOLOMON  GEBREYESUS, a California citizen, YORDANOS GEBREMICHAEL GEBREGIORGIS, a California citizen, TEMESGHEN KAHSAY, a North Carolina citizen, HAILE ANGESOM TSEADA, a California citizen, AFEWERKI TESFAMARIAM, a Georgia citizen, YONATAN TEWELDE, a Pennsylvania citizen,  ESAYAS TEWOLDE TESFAMICAEL, a Pennsylvania citizen, GEBREHIWET TEKLEHAIMANOT, a California citizen, HADUSH BRHANE, a Kentucky citizen, and DOES 1 through 150, inclusive,

        Defendants.

Case No. 3:24-cv-05517-DGE

**PLAINTIFF AND COUNTERCLAIM DEFENDANT ERITREAN ASSOCIATION IN GREATER SEATTLE'S NOTICE OF MOTION FOR SANCTIONS RE COUNTERCLAIMS**

**NOTE ON MOTION CALENDAR**:

**TBD**

**ORAL ARGUMENT REQUESTED**

NOTICE OF MOTION FOR SANCTIONS
RE COUNTERCLAIMS

PLEASE TAKE NOTICE THAT Plaintiff and Counterclaim Defendant Eritrean Association in Greater Seattle ("EAGS") hereby intends to move the Court, on a date and time to be determined in this Court, for an order imposing monetary sanctions against Christopher J. Stockwell in an amount to then be determined. This motion is brought under Rule 11 of the Federal Rules of Civil Procedure because (1) the defamation and abuse of process causes of action in the Counterclaims filed by said counsel and Counterclaimants against EAGS in Documents 62, at pp. 8-19, and are objectively untenable, unreasonable, frivolous, and in bad faith since they are (1) in blatant violation of EAGS' constitutional right to petition for redress in the courts and are absolutely privileged from any claims therefor; (2) abuse of process claims do not involve improper allegations in a complaint as alleged in the Counterclaims; and (3) the Court has already entered an order dismissing these frivolous Counterclaims which counsel chose to restate and refile with his clients amended affirmative defenses without leave of Court.

Additional information concerning these Rule 11 violations and the sanctions being sought will be contained in EAGS' forthcoming memorandum of points and authorities and supporting declarations and exhibits. This motion will be withdrawn in the event Mr. Stockwell timely dismisses or agrees to an order striking the pending Counterclaims. Mr. Stockwell is respectfully advised to refer to Rule 11 and carefully read EAGS' forthcoming Motion to Strike the Counterclaims.

Respectfully submitted,

Dated: April 4, 2025

**WYATT GRONKSKI PLLC**

By:  */s/ Todd Wyatt*
TODD WYATT, WSBA #31608
Attorneys for Plaintiff
ERITREAN ASSOCIATION IN GREATER SEATTLE
540 Newport Way NW, Suite 200
Issaquah, WA 98027
T: 425-395-7784
E: todd@wdlawgroup.com

NOTICE OF MOTION FOR SANCTIONS
RE COUNTERCLAIMS - 1

Dated: April 4, 2025                          **PROMETHEUS PARTNERS L.L.P.**


By:   /s/ Eduardo G. Roy
      EDUARDO G. ROY
      Attorneys for Plaintiff
      ERITREAN ASSOCIATION IN GREATER
      SEATTLE
      *PRO HAC VICE*
      555 Montgomery Street, Suite 708
      San Francisco, CA 94111
      T: 415.527.0255
      E: eduardo.roy@prometheus-law.com

## CERTIFICATE OF SERVICE

I, Lisa Aziz, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Prometheus Partners L.L.P. at 555 Montgomery Street, Suite 708, San Francisco, California 94111.  I am over the age of eighteen years and am not a party to the within-entitled action.

On April 4, 2025 at Prometheus Partners L.L.P. located at the above-referenced address, and, I served on the interested parties in said cause a copy of the within document(s):

**PLAINTIFF AND COUNTERCLAIM DEFENDANT ERITREAN ASSOCIATION IN GREATER SEATTLE'S NOTICE OF MOTION FOR SANCTIONS RE COUNTERCLAIMS**

☑ By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☑ By E-mail or Electronic Transmission. Based on a court order or an agreement of the parties to accept service by E-Mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Christopher J. Stockwell
STOCKWELL LAW FIRM PLLC
3300 E Union Street, Suite 108
Seattle, WA 98112
Telephone: 206-929-3111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 4, 2025, at San Francisco, California.



Lisa Aziz

NOTICE OF MOTION FOR SANCTIONS
RE COUNTERCLAIMS - 3

# EXHIBIT 3



April 4, 2025

<u>**VIA EMAIL**</u>

Christopher J. Stockwell, Esq.
Stockwell Law Firm PLLC
3300 E. Union Street #108
Seattle, WA 98112

   Re: <u>*Eritrean Association of Greater Seattle v. Henock Teckle Gebrekidan, et al.*</u>
     USDC, Western District of Washington at Tacoma Case No. 3:24-cv-05517-DGE

Dear Mr. Stockwell,

I am writing to meet and confer with you regarding your clients' deficient affirmative defenses and Prayer in Document No. 62 as follows:

<u>First Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; it improperly cites the FAC; and it includes improper legal citations, rendering the consent defense inapplicable and improper as a matter of law.

<u>Second Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; it alleges no facts of consent by Plaintiff; it improperly cites the FAC; and it includes an improper legal citation to the *Van Patten* case that has no application to this case, rendering the consent defense inapplicable and improper as a matter of law.

<u>Third Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; it alleges no facts of a license by Plaintiff; it improperly cites the FAC; and it includes an improper legal citation to the *Van Patten* case that has no application to this case, rendering the defense inapplicable and improper as a matter of law.

*Prometheus Partners L.L.P.*
*555 Montgomery Street*
*Suite 708*
*San Francisco, CA 94104*
*Main: 415.527.0255*
*http://prometheus-law.com*

Christopher J. Stockwell, Esq.
April 4, 2025
Page 2

<u>Fourth Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; lack of damage is not an affirmative defense but an element of Plaintiff's claims; it improperly cites the FAC; and it includes improper legal citations, rendering the defense inapplicable and improper as a matter of law.

<u>Fifth Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; lack of knowledge is not an affirmative defense but knowledge is an element of Plaintiff's claims; it improperly cites the FAC; and it includes an improper legal citation, rendering the defense inapplicable and improper as a matter of law.

<u>Sixth Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; lack of intent is not an affirmative defense but intent is an element of Plaintiff's claims; it improperly cites the FAC; and it includes an improper legal citation, rendering the defense inapplicable and improper as a matter of law.

<u>Seventh Affirmative Defense</u>: It does not contain a concise statement of the facts supporting the alleged affirmative defense, but instead makes no reference to Defendants, or any of them; it improperly cites the FAC; and it includes an improper legal citation, rendering the defense inapplicable and improper as a matter of law.

In addition, the Prayer for Relief that immediately follows the affirmative defenses is entirely improper because Defendants are not entitled to the relief stated therein.

Please let me know ASAP whether you will stipulate to an order striking each of the Affirmative Defenses and the Prayer for Relief or we will be filing a motion to strike on Monday, April 7.

Thank you for your anticipated cooperation.

Very truly yours,

*/s/ Eduardo G. Roy*

Eduardo G. Roy

cc: Todd W. Wyatt, Esq.

# EXHIBIT 4



**From:** Christopher J. Stockwell <chris@stockwelllawfirm.com>
**Date:** Sunday, April 6, 2025 at 12:13 PM
**To:** Eduardo Roy <eduardo.roy@prometheus-law.com>
**Subject:** Re: Meet and Confer - Motion to Strike

Yes, that sounds right Eduardo. Thanks for memorializing the our meet and confer. Have a good week.

***Inveniam Viam aut Faciam***

Best,

Christopher J. Stockwell
Stockwell Law Firm, PLLC

Office: (206) 929-3111

stockwelllawfirm.com

Legal Disclaimer: Sending or responding to email does not create an attorney-client relationship. An attorney-client relationship can only be created by the mutual assent of both parties and only after a consultation. This email communication may contain confidential information which also may be legally privileged and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

On Sun, Apr 6, 2025 at 10:36 AM Eduardo Roy <eduardo.roy@prometheus-law.com> wrote:

> Chris:  This email confirms the positions taken during our meet and confer on Saturday, April 5.  I asked you to agree to withdraw your Amended Answer on the following basis:

1. **Counterclaims**:  It was my position that your "counterclaims" in your Amended Answer were improper as they had been ruled on by the court as impermissible.
   a. Your response was that you agreed that the counterclaims had been ruled out by the court. However,  you were leaving the counterclaims in your Amended Answer because when you submitted your Amended Answer as an exhibit to the court, in your request to Amend,  the Court granted your request to file the Amended Answer. Your specific position was that you did not want to change the Amended Answer filed with the court from the Amended Answer that was submitted as an exhibit.  Consequently, you would leave it to the court to order the counter claims out of your Amended Answer.
   b. My response was that I could not allow the pleadings to be set with the counter claims left in the Amended Answer.

2. **Affirmative Defenses**:  I asked you to withdraw your Affirmative Defenses.  Affirmative Defenses require the following:
   a. Each affirmative defense must be stated clearly and concisely, providing me with a fair notice of your defense and the grounds upon which they rest.
   b. You need to allege facts that support each affirmative defense, not just legal conclusions.
   c. Be as specific as possible when stating the facts that support your affirmative defenses.
   d. By filing an answer (and therefore, affirmative defenses), you are certifying that, to the best of your knowledge, information, and belief formed after an inquiry reasonable under the circumstances, the pleading is not being presented for an improper purpose, and the claims, defenses, and factual contentions have evidentiary support.
   e. Your response was that you had pled your Affirmative Defenses properly and your Amended Answer was accepted by the court.
   f. My response was that because the court allowed you to Amend your Answer does not mean that the Affirmative Defenses, as pled, were properly pled.
   g. You said that we would have to agree to disagree.

Please let me know if you disagree with anything in this email confirmation.

Eduardo Gregory Roy

555 Montgomery Street, Suite 708

San Francisco, CA  94111

T: 1.415.527.0255

Eduardo.roy@prometheus-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

☑        Christopher J. Stockwell
         STOCKWELL LAW FIRM PLLC
         3300 E Union Street, Suite 108
         Seattle, WA 98112
         Telephone: 206-929-3111

Dated this 7th day of April 2025.


**PROMETHEUS PARTNERS L.L.P.**


By:  */s/ Eduardo G. Roy*
      EDUARDO G. ROY
      Attorneys for Plaintiff
      ERITREAN  ASSOCIATION  IN  GREATER
      SEATTLE
      *PRO HAC VICE*
      555 Montgomery Street, Suite 708
      San Francisco, CA 94111
      T: 415.527.0255
      E: eduardo.roy@prometheus-law.com

DECL. OF EDUARDO G. ROY ISO MTN TO
STRIKE DEFENDANTS' DISMISSED
COUNTERCLAIMS, PRAYERS FOR RELIEF, AND
AFFIRM. DEFENSES FROM DKT. 62

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255