THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION OF
GREATER SEATTLE,

                Plaintiff,

  v.

HENOCK TECKLE GEBREKIDAN et al.,

                Defendants.

Case No. 3:24-cv-05517-DGE

STIPULATION AND PROPOSED
ORDER THERON

NOTE ON MOTION CALENDAR:
April 10, 2025

**STIPULATION**

Plaintiff the Eritrean Association in Greater Seattle ("Plaintiff") and Defendants Henok Tekle Gebrekidan, Awet Tsehaye, Elen Tesfaghiorghis, Solomon G. Assefaw, Yordanos Gebremicael, Gebregiorgis, Temesghen Kahsay, Haile Tsaeda, Afewerki Tesfamariam, Yonatan Tewelde, Esayas Tewolde Tesfamicael, Gebre Tekle, Haduish Birhane, and Saba Kidane Heritage (collectively, the "Represented Defendants") hereby stipulate and agree as follows:

STIPULATION– 1

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Whereas, on April 7, 2025, Plaintiff timely filed its Rule 12(f) Motion to Strike Defendants' Dismissed Counterclaims, Affirmative Defenses and Prayers for Relief ("Motion to Strike") and supporting declaration (Dkt. Nos. 64 and 65);

Whereas, Represented Defendants' opposition papers (response brief) will currently be due on or before April 21, 2025, per LCR 7(d)(3);

Whereas, counsel for the Represented Defendants filed a Notice of Unavailability covering the time from March 31, 2025 through April 21, 2025 during which time he will be out of the country between April 3-19, 2025;

Whereas, counsel for Represented Defendants will, per the current briefing schedule, be forced to research and draft any response brief while he is out of the country to respond timely.

Whereas, Plaintiff has agreed to grant Represented Defendants a ten-day extension to file any opposition to the Motion to Strike and supporting declaration (Dkt. Nos. 64 and 65).

WHEREFORE, the parties have stipulated and agreed that:

1. Represented Defendants' opposition to Plaintiff's Motion to Strike and supporting declaration (Dkt. Nos. 64 and 65) shall be filed and served on or before May 1, 2025; and

2. Plaintiff's reply papers shall be filed and served on or before May 8, 2025.

**IT IS SO STIPULATED**.

Dated: April 8, 2025                    **WYATT GRONKSKI PLLC**


By:   */s/ Todd Wyatt*  _____

STIPULATION– 2                          **Stockwell Law Firm PLLC**
                                        3300 E Union Street #108
                                        Seattle, WA 98112
                                        (206) 929-3111

TODD WYATT, WSBA #31608
Attorneys for Plaintiff
ERITREAN ASSOCIATION IN GREATER SEATTLE
540 Newport Way NW, Suite 200
Issaquah, WA 98027
425-395-7784
E: todd@wdlawGROUP.com

Dated: April 8, 2025          **PROMETHEUS PARTNERS L.L.P.**


By:   _/s/ Eduardo G. Roy_____
EDUARDO G. ROY
Attorneys for Plaintiff

ERITREAN ASSOCIATION IN GREATER SEATTLE

*Pro hac vice*

555 Montgomery Street, Suite 708

San Francisco, CA 94111

T: 415.527.0255

E: eduardo.roy@prometheus-law.com


Dated: April 8, 2025          **STOCKWELL LAW FIRM PLLC**


By: _/s/ Christopher J. Stockwell_____
Attorney for Defendants:
HENOK TEKLE GEBREKIDAN, AWET TSEHAYE, ELEN TESFAGHIORGHIS, SOLOMON G. ASSEFAW, YORDANOS GEBREMICAEL GEBREGIORGIS, TEMESGHEN KAHSAY, HAILE

STIPULATION– 3

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

TSAEDA, AFEWERKI TESFAMARIAM, YONATAN TEWELDE, ESAYAS TEWOLDE TESFAMICAEL GEBRE TEKLE, HADUISH BIRHANE, SABA KIDANE HERITAGE

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Stipulation is approved and is the Order of the Court such that:

1.  Represented Defendants' opposition to Plaintiff's Motion to Strike and supporting declaration (Dkt. Nos. 64 and 65) shall be filed and served on or before May 1, 2025; and

2.  Plaintiff's reply papers shall be filed and served on or before May 8, 2025.

IT IS SO ORDERED.

_____
David G. Estudillo
United States District Judge

STIPULATION– 4

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111