The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ERITREAN ASSOCIATION IN GREATER SEATTLE, a Washington Not for Profit Corporation,

Plaintiff,

vs.

HENOCK TECKLE GEBREKIDAN, a Maryland citizen, SABA KIDANE HERITAGE, a California citizen, AWET TSEHAYE, an Oklahoma citizen, ELEN TESFAGHIORGHIS, a Texas citizen, SOLOMON GEBREYESUS, a California citizen, YORDANOS GEBREMICHAEL GEBREGIORGIS, a California citizen, TEMESGHEN KAHSAY, a North Carolina citizen, HAILE ANGESOM TSEADA, a California citizen, AFEWERKI TESFAMARIAM, a Georgia citizen, YONATAN TEWELDE, a Pennsylvania citizen, ESAYAS TEWOLDE TESFAMICAEL, a Pennsylvania citizen, GEBREHIWET TEKLEHAIMANOT, a California citizen, HADUSH BRHANE, a Kentucky citizen, and DOES 1 through 150, inclusive,

Defendants.

Case No. 3:24-cv-05517-DGE

**DECLARATION OF ISAAC ARAYA IN SUPPORT OF PLAINTIFF ERITREAN ASSOCIATION IN GREATER SEATTLE'S OPPOSITION TO REPRESENTED DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P 26(c) (DKT. #71)**

**NOTE ON MOTION CALENDAR**
**July 18, 2025**

**ORAL ARGUMENT REQUESTED**

Decl. of Isaac Araya in Support of Eritrean Association in Greater Seattle's Opposition to Represented Defendants' Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71)
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

I, ISAAC ARAYA, declare and affirm as follows:

1. I am currently the Executive Director of the Eritrean Association in Greater Seattle ("EAGS"). I have been the Executive Director of EAGS since 2020. From 2011 to 2020, I was the board president of EAGS. In addition, I am one of the founding members of EAGS in 1994.

2. I am providing this declaration to inform the Court of information relevant to the nature of EAGS' organizational activities and relationship with the Eritrean Government.

3. As the Executive Director of EAGS, I am responsible for the overall strategic direction, management, and operational success of EAGS. I report to and work closely with the Board of Directors, oversee employees and volunteer activity, and ensure the organization's goals and mission are achieved. I collaborate frequently with the Board of Directors, keep them informed, seek their input on major decisions, and report on the organization's progress. In addition, I oversee the organization's budget, manage its financial resources, and ensure its financial stability. I also play a key role in fundraising efforts, cultivating relationships with donors, and securing financial support. Consequently, I am aware of all of EAGS' funding sources and expenditures.

4. EAGS is a not-for-profit corporation organized and existing under the laws of the State of Washington and doing business in Washington. EAGS is a citizen of the State of Washington because it is incorporated in the State of Washington and its principal place of business is in the State of Washington.

5. EAGS is composed of private Eritrean American citizens and refugees from ongoing conflicts in the horn of Africa that settled in Seattle, Washington, starting in the early

Decl. of Isaac Araya in Support of Eritrean Association
in Greater Seattle's Opposition to Represented
Defendants' Motion for Protective Order Pursuant to
Fed.R.Civ.P. 26(c) (DKT. #71) - 1
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

1980s. EAGS was created to support and build a stronger community among Eritreans who came to Seattle as refugees from Eritrea, due to conflicts in the horn of Africa.

6. Founded and led by the community it serves, the organization serves 7,000+ local Eritreans each year through services including: weekly Eritrean language classes, cultural enrichment activities and dance classes for children and youth representing the nine tribes of Eritrea, a computer lab program, summer youth programs, afterschool tutoring and mentoring programs for youth, information and assistance for new immigrants and refugees, a Next Generation Leadership program, labor standards education/intake, a Digital Navigator Program for all ages, support programs for parents and for women, Eritrean Senior Programs providing culturally appropriate meals three days a week, a weekly food pantry, health information and fitness classes, cultural activities, and a range of civic engagement opportunities including voter education, ballot parties, candidate forums, meetings with public officials, and related activities.

7. The EAGS Community Center serves as a vital hub for cultural events and community gatherings. The Community Center holds five major cultural festivals each year – International Women's Day in March, Eritrean Independence Day in May, Eritrean Martyr's Day in June, and Eritrean Association Anniversary Celebration in November, as well as smaller cultural events such as graduation celebrations, memorial services, etc. for the local Eritrean community. In addition, every two to three years EAGS has the privilege to host a national Eritrean Festival as well as sponsor cultural events in other cities. EAGS has peacefully hosted events and provided community service for its members and the greater Seattle community for over 30 years. EAGS works closely

Decl. of Isaac Araya in Support of Eritrean Association in Greater Seattle's Opposition to Represented Defendants' Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 2
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

with community partners and local, regional, state, and federal governments, law enforcement and community-based foundations.

8. Contrary to the unfounded and erroneous assertions of Defendants in their 13 Affidavits filed with this Court (Dkt. #71-2), which I have carefully reviewed, EAGS has and conducts no financial transactions with the Government of Eritrea. The Government of Eritrea has no financial stake in EAGS. No officer, director, elected official, or employee of the Government of Eritrea serves in any capacity or has any affiliation with EAGS. No Eritrean Government Official sits on EAGS' Board of Directors. No EAGS member works for the Eritrean Government. EAGS does not collect revenue on behalf of the Eritrean Government and the Eritrean Government provides no financial assistance to EAGS whatsoever.

9. EAGS members volunteer assistance tothe Eritrean community with visa and funeral processing applications , cultural exchange and country awareness through the Eritrean consulate.

10. Because EAGS is apolitical and refuses to engage in unlawful activity in opposition to the Eritrean Government that targets Eritrean nationals, EAGS has become the target of hate crimes and ongoing criminal activity, which have diverted resources and disrupted business and community operations. EAGS' facilities have been forced to reduce services due to recent attacks caused by the named Defendants in this action and others who are vehemently opposed to the Eritrean Government and who target anyone who refuses to join their concerted activities to bring about changes to the Eritrean Government. Out of fear for EAGS' member safety, for the first time in EAGS' history,

Decl. of Isaac Araya in Support of Eritrean Association in Greater Seattle's Opposition to Represented Defendants' Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 3
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

the Board canceled the anniversary celebration event for fear of an attack by the named Defendants and others.

11. Based on the violent actions of each named Defendant and others associated with them, the Community Center has undergone a security and threat assessment by law enforcement and extensive security investments. The Community Center has been given a law enforcement red hazard alert, which triggers a rapid response in the event an emergency call, due to elevated risk for community member safety.

12. During the 49th Annual Cultural Festival the weekend of August 5, 2023, Defendants caused over eighty (80) law enforcement officers and over seventy (70) private security officers to be dispatched to the Festival for the purpose of protecting EAGS personnel, Festival attendees, and EAGS' property from the intentional and violent acts of Defendants and those who were and have been acting in concert with them. EAGS was required to compensate the law enforcement departments and private security officers hundreds of thousands of dollars for their response efforts.

13. I have been working directly with EAGS' attorneys regarding this case. My expectation is that they will do everything legally within their power to obtain significant compensation for the losses EAGS sustained because of the horrific actions at the Festival that caused our organization those massive losses and harm. This expectation includes doing everything legally possible to establish the coordinated, ongoing, systematic, and harmful activities in which Defendants and those associated with them engage to prove that they are all legally responsible for the harm they have caused as a collective of violent people hellbent to destroy property and assault Eritrean nationals for their grievances with the Eritrean Government . We fear these people and simply

Decl. of Isaac Araya in Support of Eritrean Association
in Greater Seattle's Opposition to Represented
Defendants' Motion for Protective Order Pursuant to
Fed.R.Civ.P. 26(c) (DKT. #71) - 4
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

want this lawsuit to end as quickly and favorably as possible so that we may focus on our mission to support the Eritrean American community.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 10, 2025, in Seattle, Washington.


/s/ Isaac Araya
ISAAC ARAYA

Decl. of Isaac Araya in Support of Eritrean Association
in Greater Seattle's Opposition to Represented
Defendants' Motion for Protective Order Pursuant to
Fed.R.Civ.P. 26(c) (DKT. #71) - 5
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

☑         Christopher J. Stockwell
          STOCKWELL LAW FIRM PLLC
          3300 E Union Street, Suite 108
          Seattle, WA 98112
          Telephone: 206-929-3111

Dated: July 10, 2025                **PROMETHEUS PARTNERS L.L.P.**

                                    By:  _/s/ Eduardo G. Roy_
                                         EDUARDO G. ROY
                                         Attorneys for Plaintiff
                                         ERITREAN  ASSOCIATION  IN  GREATER
                                         SEATTLE
                                         *PRO HAC VICE*

---

Decl. of Isaac Araya in Support of Eritrean Association          **PROMETHEUS PARTNERS L.L.P.**
in Greater Seattle's Opposition to Represented                      555 Montgomery Street, Suite 708
Defendants' Motion for Protective Order Pursuant to                   San Francisco, CA 94111
Fed.R.Civ.P. 26(c) (DKT. #71) - 6                                         415-527-0255
3:24-CV-05517-DGE