The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ERITREAN ASSOCIATION IN GREATER SEATTLE, a Washington Not for Profit Corporation,

Plaintiff,

vs.

HENOCK TECKLE GEBREKIDAN, a Maryland citizen, SABA KIDANE HERITAGE, a California citizen, AWET TSEHAYE, an Oklahoma citizen, ELEN TESFAGHIORGHIS, a Texas citizen, SOLOMON  GEBREYESUS, a California citizen, YORDANOS GEBREMICHAEL GEBREGIORGIS, a California citizen, TEMESGHEN KAHSAY, a North Carolina citizen, HAILE ANGESOM TSEADA, a California citizen, AFEWERKI TESFAMARIAM, a Georgia citizen, YONATAN TEWELDE, a Pennsylvania citizen,  ESAYAS TEWOLDE TESFAMICAEL, a Pennsylvania citizen, GEBREHIWET TEKLEHAIMANOT, a California citizen, HADUSH BRHANE, a Kentucky citizen, and DOES 1 through 150, inclusive,

Defendants.

Case No. 3:24-cv-05517-DGE

**DECLARATION OF EDUARDO G. ROY IN SUPPORT OF PLAINTIFF ERITREAN ASSOCIATION IN GREATER SEATTLE'S OPPOSITION TO REPRESENTED DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P 26(c) (DKT. #71)**

**NOTE ON MOTION CALENDAR July 18, 2025**

**ORAL ARGUMENT REQUESTED**

Declaration of Eduardo G. Roy in Support of Eritrean Association in Greater Seattle's Opposition to Represented Defendants' Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) 3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

I, EDUARDO G. ROY, declare and affirm as follows:

1.      I am co-counsel of record, admitted pro hac vice, for Plaintiff Eritrean Association in Greater Seattle ("EAGS"). I have personal knowledge of the following facts and, if called upon, could and would competently testify thereto.

2.      I am providing this declaration to inform the Court of information relevant to my efforts to conduct discovery in this case.

3.      By way of brief background, I have been an attorney admitted to practice law in the state and federal courts of the State of California for over 30 years, during which I was an Assistant United States Attorney for the Northern District of California, and I was Independent Counsel of the United States of America *In Re Secretary of Agriculture Alphonso Michael Espy*. I am also a former Deputy Attorney General for the State of California. In addition, I was the national White Collar Co-Practice Leader for Squire Sanders and Dempsey, now Squire Patton Boggs. I am also a former partner of the international law firm DLA Piper. I am also the current founding partner of Prometheus Partners L.L.P. I am, therefore, knowledgeable and experienced in conducting and overseeing necessary discovery to try cases, as I have for many clients over the years.

4.      In generating discovery for my client in this case, I am guided by the pleadings, which include EAGS' operative first amended complaint (Dkt. # 22.) Some of the material allegations in this pleading include:

- Defendants Henock Teckle Gebrekidan, Saba Kidane Heritage, Awet Tsehaye,Elen Tesfaghiorghis, Solomon Z Gebreyesus, Yordanos Gebremichael Gebregiorgis, Temesghen Kahsay, Haile Angesom Tseada, Afewerki Tesfamariam, Yonatan Tewelde, Esayas Tewolde Tesfamicael, Gebrehiwet Teklehaimanot, Hadush Brhane and DOES 1 through 150 are collectively referred to as "Vandals." *Id.* at ¶ 18.

| Declaration of Eduardo G. Roy in Support of Eritrean Association in Greater Seattle's Opposition to Represented Defendants' Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 1 3:24-CV-05517-DGE | **PROMETHEUS PARTNERS L.L.P.** 555 Montgomery Street, Suite 708 San Francisco, CA 94111 415-527-0255 |
| --- | --- |

- Plaintiff is informed and believes and thereupon alleges that, at all relevant times herein, each of the defendants participated in the doing of the acts hereinafter alleged to have been done by each of the other defendants, and furthermore, each of the defendants was the servant, agent and employee of each of the other defendants and, at all relevant times herein, defendants were acting within the course and scope of said servitude, agency, and employment. Id. at ¶ 19.

- Plaintiff is informed and believes and thereupon alleges that, at all relevant times herein, each of the defendants were members of, and engaged in, a joint venture and common enterprise and were acting within the course and scope of and in pursuance of said joint venture and enterprise. Id. at ¶ 20.

- Plaintiff is informed and believes and thereupon allege that, at all relevant times herein, the acts and omissions of the various defendants occurred and contributed to the various acts and omissions of each and all of the other defendants in legally and proximately causing the injuries and damages to Plaintiff as alleged herein. Id. at ¶ 21.

- Plaintiff is informed and believe and thereupon alleges that, at all relevant times herein, defendants ratified and concurred in each, and every act or omission complained of herein. *Id.* at ¶ 22.

- From August 4, 2023 through August 6, 2023, EAGS hosted the 49th Annual Eritrean Festival in Tacoma, Washington at the Tacoma Convention Center (the "Festival") and at stadiums from the Federal Way Public School District, Washington. The Festival included live musical and cultural performances, art exhibitions, artisan craft and food, activities for young children, a soccer tournament, a cycling competition, a basketball competition, a health discussion forum, a fashion show, and, among many other activities, professional development programs. *Id.* at ¶ 26.

- The Festival was fully approved, permitted, and authorized by the City of Tacoma and the Tacoma Convention Center. *Id.* at ¶ 27.

- EAGS was granted exclusive use of the Tacoma Convention Center and Market Street during the Festival and only EAGs approved staff, security, and guests, who purchased tickets, during business hours, were authorized to attend the Festival and enter the grounds of the Tacoma Convention Center. Market Street abuts the Tacoma Convention Center to the West between South 15th and South 17th Street and was also closed by permit exclusively for the Festival. Market Street and the Festival, collectively, is [sic] referred to as the "Premises." *Id.* at ¶ 28.

- The Premises was [sic] fenced, barricaded with ecology blocks, gated, and secured by private security and regional law enforcement officers. *Id.* at ¶ 29.

Decl. of Eduardo G. Roy in Support of Eritrean
Association in Greater Seattle's Opposition to
Represented Defendants' Motion for Protective Order
Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 2
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

- Vandals caused over eighty law enforcement officers and over seventy private security officers to be dispatched to the Festival for the purpose of protecting EAGS's personnel, Festival attendees, and EAGS property from the intentional and violent acts of Vandals. EAGS was required to compensate the law enforcement departments and private security officers hundreds of thousands of dollars for their response efforts. *Id.* at ¶ 30.

- On August 5, 2023, at approximately 4 AM, over one hundred organized Vandals, led by the named defendants, departed Seattle to Tacoma, WA, arrived at the perimeter of the Premises by cars, trucks, and two large charter buses, at an exact location pre-determined by other Vandals who had staked out the Premises and determined perceived weaknesses in the security and where the Vandals could most easily breach the secured Premises and cause the most damage at the Festival. *Id.* at ¶ 31.

- Defendants Awet Tsehaye and Elen Tesfaghiorghis financed two chartered buses and a billboard truck to breach the secured Premises and block access to the entrance to the Festival and hotels, restricting traffic and access to more than 3 blocks. Defendant Temesghen Kahsay directed Vandals to position their vehicles to illegally block access to multiple public streets. *Id.* at ¶ 32.

- Defendants Afewerki Tesfamariam and other Vandals pursued festival attendees with weapons. Shortly after 6:00 a.m., named defendants and other Vandals, led by defendant Gebrehiwet Teklehaimanot, Awet Tsehaye, Esayas Tewolde Tesfamicael, and Henock Teckle Gebrekidan caused Vandals armed with metal poles and sticks to exit their chartered buses, run towards, and breached the Premises' secure fenced area and gained unauthorized entry into the Festival. Defendants Henock Teckle Gebrekidan, Saba Kidane Heritage, Awet Tsehaye, Temesghen Kahsay, Elen Tesfaghiorghis, Gebrehiwet Teklehaimanot, Esayas Tewolde Tesfamicael, Haile Angesom Tseada, and Yordanos Gebremichael Gebregiorgis, Afewerki Tesfamariam, Solomon Z Gebreyesus, Yonatan Tewelde, Hadush Brhane, assaulted and/or led Vandals to assault EAGS' private security guards, and Festival attendees. Gebrehiwet Teklehaimanot even admits to assaulting security and embellishes that he made good on his premeditated plans to assault security, communicated to other Vandals, the night before, when the Vandals were planning the attack. *Id.* at ¶ 33.

- Defendants Henock Teckle Gebrekidan and Temesghen Kahsay destroyed the Festival's property and admitted to destroying the same. Defendants Henock Teckle Gebrekidan, Temesghen Kahsay, Awet Tsehaye, Yordanos Gebremichael Gebregiorgis, and Solomon Gebreyesus also led the named defendants and the other Vandals to attempt to tamper with food prepared for the festival, disrupting food operations, and destroy the Festival's approved apparel, craft, equipment, and merchandise vendors' stations and tents, and stole the merchandise that was not destroyed. Defendants Awet Tsehaye trashed vendor merchandise while

Decl. of Eduardo G. Roy in Support of Eritrean Association in Greater Seattle's Opposition to Represented Defendants' Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 3
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

defendants Esayas Tewolde Tesfamicael and Yordanos Gebremichael Gebregiorgis stole vendor merchandise. *Id.* at ¶ 34.

- Vandals threw chairs, metal tent poles, vendor merchandise, along with other miscellaneous objects at EAGS' private security guards, vendors of the Festival, and Festival attendees. *Id.* at ¶ 35.

- The named defendants aided the Vandals in burning a number of the Festival's approved apparel, craft, and merchandise vendors' stations and tents with long candle lighters, Defendant Haile Angesom Tseada, and Hadush Brhane attacked and assaulted Festival attendees and led the Vandals to organize themselves at the entrance of a number of hotels directly across from the Premises to attack Festival attendees as soon as they exited their hotels to enter the Premises and attend the Festival. *Id.* at ¶ 36.

- Defendant Haile Angesom Tseada, Elen Tesfaghiorghis, and Hadush Brhane assaulted, battered, intimidated, threatened and/or harassed Festival attendees as soon as they crossed the street and attempted to enter the Tacoma Convention Center. Even defendant Hadush Brhane admits to the assaults and Elen Tesfaghiorghis admits to the intimidation. Saba Kidane Heritage, subsequently, also admits she is responsible for the "misconduct" of herself and agents during the attack. *Id.* at ¶ 37.

- Defendant Henock Teckle Gebrekidan, Elen Tesfaghiorghis, Saba Kidane Heritage, Awet Tsehaye, Temesghen Kahsay, Gebrehiwet Teklehaimanot, Esayas Tewolde Tesfamicael, Haile Angesom Tseada, and Yordanos Gebremichael Gebregiorgis, Afewerki Tesfamariam, Solomon Z Gebreyesus, Yonatan Tewelde, and Hadush Brhane and other Vandals organized themselves at the entrance of the Tacoma Convention Center to engage with any Festival attendees attempting to enter the Tacoma Convention Center and blocked access to the front of the convention center doors. *Id.* at ¶ 38.

- Vandals indiscriminately assaulted, battered, intimidated, threatened and harassed Festival attendees as they attempted to enter the Tacoma Convention Center. Two ambulances were dispatched, which included assaults on senior citizens, women, and minors—nobody was spared. *Id.* at ¶ 39.

- Vandals attempted to tamper with Premise fire alarm systems, including attempts to trigger false alarms and assault festival attendees as they existed the Premises. Fire access control points were monitored by regional police forces. *Id.* ¶ 40

- Vandals caused hundreds of thousands of dollars in personal property damage to the detriment of EAGS. *Id.* at ¶ 41.

- Vandals prohibited festival attendees from checking into their hotels and caused scores of Festival attendees to abandon the Festival on August 5th and August

Decl. of Eduardo G. Roy in Support of Eritrean
Association in Greater Seattle's Opposition to
Represented Defendants' Motion for Protective Order
Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 4
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

6th all to the severe economic harm of EAGS in the form of lost and refunded ticket sales, hotel no show charges, vendor tent sales, loss of goods and services purchases at the Festival, and claims by assault victims, the Tacoma Convention Center, Tacoma Police Department, and/or third-party vendors authorized by EAGS to conduct business inside of the Festival. *Id.* at ¶ 42.

5.    Based on these allegations, I consider it my legal and ethical duty and responsibility to propound necessary written discovery and take oral depositions to discover, among other things: (i) the extent to which the named Defendants are jointly and severally liable for the tortious acts alleged in the pleading, (ii) the extent to which Defendants acted as part of an association, joint venture or joint enterprise, (iii) the extent to which each named Defendant participated in the tortious acts alleged in the pleading, (iv) the circumstances surrounding each Defendants' planning, preparation for, and travel to and from the Festival, (v) the circumstances surrounding all verbal and written communications regarding the Festival from the planning stage through post-Festival activities that concern the Festival, (vi) the extent to which each of the Defendants observed, witnessed, and/or caused any damage at the Festival, and (v) the identities of all persons who participated in the planning, execution, and participation in the events at or regarding the Festival, including the payment of expenses associated therewith and the identities of other potential defendants.

6.    Therefore, in my opinion, a protective order that in any way prohibited my client from discovering the foregoing information would be prejudicial to its case. I also note that Defendants have not claimed that any of the requests for admissions, requests for production of documents, or interrogatories I personally drafted and served on Defendants' counsel seek irrelevant information. Therefore, it is my opinion that my client should be permitted to conduct discovery without a protective order in this case, especially since Defendants did not identify any discovery requests that seek improper information in their motion. Nor did Defendants identify

Decl. of Eduardo G. Roy in Support of Eritrean
Association in Greater Seattle's Opposition to
Represented Defendants' Motion for Protective Order
Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 5
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

any specific information they seek to protect so that I could have explained its specific relevance to this case under Rule 26(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 10, 2025, in San Francisco, California.

_/s/ Eduardo G. Roy_
EDUARDO G. ROY

Decl. of Eduardo G. Roy in Support of Eritrean
Association in Greater Seattle's Opposition to
Represented Defendants' Motion for Protective Order
Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 6
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

☑        Christopher J. Stockwell
         STOCKWELL LAW FIRM PLLC
         3300 E Union Street, Suite 108
         Seattle, WA 98112
         Telephone: 206-929-3111

Dated: July 10, 2025                     **PROMETHEUS PARTNERS L.L.P.**

                              By:   */s/ Eduardo G. Roy*
                                    EDUARDO G. ROY
                                    Attorneys for Plaintiff
                                    ERITREAN   ASSOCIATION   IN   GREATER
                                    SEATTLE
                                    *PRO HAC VICE*

Decl. of Eduardo G. Roy in Support of Eritrean
Association in Greater Seattle's Opposition to
Represented Defendants' Motion for Protective Order
Pursuant to Fed.R.Civ.P. 26(c) (DKT. #71) - 7
3:24-CV-05517-DGE

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255