The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ERITREAN ASSOCIATION IN GREATER SEATTLE, a Washington Not for Profit Corporation,

Plaintiff,

vs.

HENOCK TECKLE GEBREKIDAN, a Maryland citizen, SABA KIDANE HERITAGE, a California citizen, AWET TSEHAYE, an Oklahoma citizen, ELEN TESFAGHIORGHIS, a Texas citizen, SOLOMON  GEBREYESUS, a California citizen, YORDANOS GEBREMICHAEL GEBREGIORGIS, a California citizen, TEMESGHEN KAHSAY, a North Carolina citizen, HAILE ANGESOM TSEADA, a California citizen, AFEWERKI TESFAMARIAM, a Georgia citizen, YONATAN TEWELDE, a Pennsylvania citizen,  ESAYAS TEWOLDE TESFAMICAEL, a Pennsylvania citizen, GEBREHIWET TEKLEHAIMANOT, a California citizen, HADUSH BRHANE, a Kentucky citizen, and DOES 1 through 150, inclusive,

Defendants.

Case No. 3:24-cv-05517-DGE

**DECLARATION OF EDUARDO G. ROY IN SUPPORT OF PLAINTIFFS REQUEST FOR AN EXTENSION OF TIME TO SUBMIT EXPERT DISCLOSURES UNDER RULE 26**

**NOTE ON MOTION CALENDAR: SEPTEMBER 5, 2025**

**ORAL ARGUMETN REQUESTED**

Declaration Eduardo G. Roy in Support of Plaintiff's Motion for Order Extending Time to File Expert Report Under FRCP Rule 26

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

I, Eduardo G. Roy declare as follows:

1. I am the attorney of record in this action. I have personal knowledge of the following facts and, if called upon, could and would competently testify thereto.

2. On January 10, 2025, this Court issued a minute order in this matter setting the trial date for March 23, 2026, and requiring expert disclosures under FRCP Rule 26(2) on August 15, 2025, over four months earlier than otherwise required under the Federal Rules of Civil Procedure.

3. Plaintiff EAGS seeks an order extending the time to provide its expert disclosures close to 90 days before trial, consistent with FRCP Rule 26, largely due to Defendant-caused delays in discovery to date.

4. EAGS will be prejudiced if it must comply with the January 10, 2025, Minute Order, where its experts do not have the benefit of having reviewed the discovery required by initial disclosures and completed depositions.

5. In May 2026, Defendants' counsel Christopher J Stockwell, Esq., proposed an unduly restrictive protective order, which I refused. In part, Counsel alleged that without the protective order he was requesting, the safety of each Defendant, potentially their families here and abroad and third parties would be greatly jeopardized. Only on June 25, 2026, did Mr. Stockwell proceed to move for the Court to grant such a protective order. (Docket 71.)

6. While Defendants' motion was pending, I began discovery in earnest taking the depositions of two Defendants Yonatan Twelde and Elen Tesfaghiorghis on June 30, 2025, and July 1, 2025, respectively. In taking these depositions, I believed that with the answers the witnesses should have provided, it would enable me to then meaningfully take the subsequent depositions of their co-defendants and third-party witnesses.

7. In both instances, Mr. Stockwell imposed numerous objections based upon his pending motion, and the deponents refused to answer numerous questions claiming the aforementioned safety concerns. Ultimately, though, this Court denied the Defendants' motion on July 29, 2026. (Docket 79). Although I must now move to compel the answers to those questions (but have yet to do so), the word "safety" appears six (6) times in the reporter's transcript from Mr. Tewalde's deposition

Declaration of Eduardo G. Roy in Support of
Plaintiff's Motion for Order Extending Time to File
Expert Report Under FRCP Rule 26 - 1

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

and 31 times in the in the reporter's transcript from Ms. Tesaghiorghis's deposition reflecting a similar number of refusals to answer.

8.  As a result of the Defendants' gamesmanship, discovery has largely stalled, where many other deadlines otherwise imposed by the Court might no longer be reasonable.

9.  I have sent an email to Defendant's counsel in an effort to meet and confer over such discovery issues, and likewise On August 5, 2026, Mr. Stockwell replied promising me a letter detailing all of the issues for which we must meet and confer. I have yet to receive that meet and confer letter. That communication from Mr. Stockwell promising such a "meet and confer" is attached to my declaration as Exhibit 1.

10.  I am requesting a four-month extension of time, until December 23, 2025, consistent with FRCP Rule 26 to complete discovery sufficient to provide meaningful expert disclosures. Granting this relief will allow the case to be decided on its merits rather than on a procedural technicality, which serves the interests of justice.

11.  The present trial date is not until March 26, 2026, and Defendant will not suffer any prejudice from the requested extension of time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 15, 2025, in San Francisco, California.

/s/ Eduardo G. Roy

EDUARDO G. ROY

Declaration of Eduardo G. Roy in Support of
Plaintiff's Motion for Order Extending Time to File
Expert Report Under FRCP Rule 26 - 2

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

☑        Christopher J. Stockwell
STOCKWELL LAW FIRM PLLC
3300 E Union Street, Suite 108
Seattle, WA 98112
Telephone: 206-929-3111

Dated: August 15, 2025        **PROMETHEUS PARTNERS L.L.P.**

By:   _/s/ Eduardo G. Roy_
       EDUARDO G. ROY
       Attorneys for Plaintiff
       ERITREAN ASSOCIATION IN GREATER SEATTLE
       _PRO HAC VICE_
       555 Montgomery Street, Suite 708
       San Francisco, CA 94111
       T: 415.527.0255
       E: eduardo.roy@prometheus-law.com

Declaration of Eduardo G. Roy in Support of
Plaintiff's Motion for Order Extending Time to File
Expert Report Under FRCP Rule 26 - 3

**PROMETHEUS PARTNERS L.L.P.**
555 Montgomery Street, Suite 708
San Francisco, CA 94111
415-527-0255