**EXHIBIT 1**

**From:** Christopher J. Stockwell <chris@stockwelllawfirm.com>
**Date:** Tuesday, August 5, 2025 at 1:47 PM
**To:** Lisa Aziz <lisaaziz@email.com>
**Cc:** Eduardo Roy <eduardo.roy@prometheus-law.com>, Todd W. Wyatt <todd@wdlawgroup.com>
**Subject:** Re: Eritrean Association in Greater Seattle v. Gebrekidan et al.

I agree we need a conference soon Eduardo. I have a long list of discovery issues as well. That's what I was telling Todd on the other email string that I need a omnibus meet and confer to address our alleged discovery issues, a stipulated protective order that comport with the court's order, and quashing that subpoena for Dawit's deposition. We should schedule at least a couple of hours so we can get through everything. I have a full week, and intend to get a complete memo detailing meet and confer items over to you by middle of next week. I've been working on for a few weeks, and it's pretty long already, but I at least a couple of more pages to draft for you beforehand. Let's touch base again and schedule the conference after you've had a chance to thoroughly review my memo.

Have a good afternoon Eduardo.

*__Inveniam Viam aut Faciam__*

Best,

Christopher J. Stockwell
Stockwell Law Firm, PLLC
Office: (206) 929-3111
stockwelllawfirm.com

Legal Disclaimer: Sending or responding to email does not create an attorney-client relationship. An attorney-client relationship can only be created by the mutual assent of both parties and only after a consultation. This email communication may contain confidential information which also may be legally privileged and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

On Tue, Aug 5, 2025 at 1:27 PM Lisa Aziz <lisaaziz@email.com> wrote:

> Dear Mr. Stockwell:
>
> Attached please find Mr. Roy's letter to you dated August 5, 2025.
>
> Thank you,
>
> Lisa Aziz
> Secretary to Eduardo G. Roy