UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERITREAN ASSOCIATION OF GREATER SEATTLE,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>HENOCK TECKLE GEBREKIDAN et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05517-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On December 9, 2025, the Court held a status hearing and admonished the Parties regarding their failure to engage in meaningful discovery.  Pursuant to the Court's oral rulings, it is ORDERED that:

1.  To the extent each party believes additional written discovery remains necessary, each party SHALL serve new written discovery requests.  The discovery requests should be narrowly tailored and focus on gathering facts relevant to the causes of

MINUTE ORDER - 1

action alleged.  The additional written discovery is not a vehicle to conduct broad discovery on issues not relevant to the causes of actions or defenses asserted.  The written discovery requests shall comply with the Federal Rules of Civil Procedure, including any limitations on the number of specific requests, and shall not be duplicative of written discovery previously propounded (not including those requests for admission the Court deemed were inappropriate at the hearing on December 9).

2. The Parties SHALL appear for an in-person hearing every available Friday at 3:00 p.m. until the Court determines discovery and case management issues are resolved.  The next hearing is set for **Friday, December 19, at 3:00 p.m**.  The second hearing is set for **Friday, January 9, 2026, at 3:00 p.m**.  The Court will schedule additional hearings at that time.

3. Plaintiff SHALL issue deposition notices for the remaining 11 Defendants, with depositions starting on January 13, 2026, and continuing through the end of January.  Plaintiff SHALL issue Requests for Production separate from the deposition notices that comply with the Federal Rules of Civil Procedure and that are not duplicative of previous Requests for Production.  The Parties SHALL be prepared to discuss any disputes or issues related to the scheduling of depositions at the December 19 hearing.

4. The Parties SHALL submit a ***joint*** report on or before **Monday, December 15** regarding:

    a.  The depositions of Yonatan Tewelde and Elen Teseaghiorghis, both of whom have already been deposed, and why or whether they need to be deposed again;

    b.  The date and time of each deposition scheduled in January 2026; and

MINUTE ORDER - 2

c.  A ***brief*** summary of any outstanding disputes related to discovery.

Dated this 10th day of December 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 3