THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION OF
GREATER SEATTLE,

               Plaintiff,

     v.

HENOCK TECKLE GEBREKIDAN et al.,

               Defendants.

CASE NO. 3:24-cv-05517-DGE

JOINT DISCOVERY DISPUTE
STATEMENT

The parties jointly submit this discovery disputed statement:

**DEFENDANTS ISSUES**

1. Defense is still waiting for Plaintiff to address several deficiencies but maintains a belief that Mr. Jones and Mr. Wyatt can work together through the agreed upon meet and confer process to address many of the issues.

    a. Defense has requested and Plaintiff has agreed to provide an index for the discovery provided by Plaintiff to date.

JOINT DISCOVERY
DISPUTE STATEMENT – 1

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

    b. Defense has requested and is awaiting confirmation that EAGS has produced any/all responsive material that evidences communications between EAGS and the Eritrean Embassy and/or the PFDJ.

    c. Defense requested in RFP No. 23 documents and electronic records showing ticket sales for the 2023 festival, including tax filings, tax returns, or payment processing records reflecting revenue and participation by attendees. This will be discussed in the next meet and confer.

2. Defense has provided each of the Defendants' responses to Plaintiff's interrogatories.

3. As of February 6th, 2026, Defendants have each represented to their counsel that they have completed a comprehensive search for materials responsive to Plaintiff's requests for production. Defense has provided all relevant, responsive, and non-privileged materials found in the second search to Plaintiff's counsel.

### **PLAINTIFF'S ISSUES**

1. Plaintiff believes it has responded to all of the Defendants' issues that have been previously raised save one: Plaintiff is still finishing up its supplemental search for documents, and expects to be finished this week. Once that is complete, an index will be created as well. So far, no additional documents have been discovered that were not already produced.

2. Defendants have submitted very limited supplemental production to Plaintiff and are not willing to provide the instructions given to Defendants.  Nor have Defendants clarified when, what, or how they searched for the documents they did not search for prior to the depositions.  In light of the significant deficiencies, the costs incurred by Plaintiff, and history of non-compliance by Defendants, Plaintiff's position is that this

JOINT DISCOVERY  
DISPUTE STATEMENT – 2

**Stockwell Law Firm PLLC**  
3300 E Union Street #108  
Seattle, WA 98112  
(206) 929-3111

production still falls far short of the rules and only a full motion at this point can properly present these issues to the Court.

3. Defendants on February 16 provided answers to Interrogatories.  At first glance, these appear incomplete.  Nevertheless, Mr. Wyatt will confer with Mr. Jones before presenting the issue to the Court – he simple has not had a chance yet.

4. With respect to the third party entity subpoenas referenced at the last hearing, Plaintiff would like the Court's permission to "deliver" the subpoena via email (to counsel and to any known person who can accept service), via certified mail, and via U.S. Mail. (See generally docket no. 117 for a discussion of what "delivery" means under FRCP 45).  This will ensure the subpoenas are received by the entities.  Plaintiff also would like to clarify with the Court and opposing counsel that this means Plaintiff's counsel will, by necessity, be technically contacting certain Defendants in their capacity as agents of the entities, but this will not be considered ex parte contact with a represented party.  Plaintiff just raises this issue now to avoid any surprise or accusations of ethical impropriety.

JOINT DISCOVERY
DISPUTE STATEMENT – 3

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Respectfully submitted,

Dated: February 16, 2026

**STOCKWELL LAW FIRM PLLC**

By:    */s/ Julian N. Jones*
JULIAN N. JONES
WSBA #64129
Attorney for Named Defendants
3300 E Union Street, Suite 108
Seattle, WA 98122
T: 206-708-9023
E: julian@stockwelllawfirm.com

Dated: February 16, 2026

**WYATT GRONKSKI PLLC**

By*:*    *notified by email 2/16/2026*
TODD WYATT, WSBA #31608
Attorneys for Plaintiff
ERITREAN ASSOCIATION IN GREATER SEATTLE
540 Newport Way NW, Suite 200
Issaquah, WA 98027
T: 425-395-7784
E: todd@wdlawgroup.com

JOINT DISCOVERY
DISPUTE STATEMENT – 4

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111