THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION OF
GREATER SEATTLE,

                Plaintiff,

    v.

HENOCK TECKLE GEBREKIDAN et al.,

                Defendants.

CASE NO. 3:24-cv-05517-DGE

JOINT DISCOVERY DISPUTE
STATEMENT

The parties jointly submit this discovery disputed statement:

**<u>DEFENDANTS ISSUES</u>**

1. Defense Counsel has provided declarations from each of the Defendants confirming and detailing what was done to complete the "second" search for responsive material in response to Plaintiff's request for production.

2. Defense is still waiting for Plaintiff to address deficiencies identified in earlier discovery requests and meet and confers including but not limited to:

JOINT DISCOVERY
DISPUTE STATEMENT – 1

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

a.  An index that clarifies what discovery that has been turned over is responsive to the specific request for productions made by Defense.

b.  What communications, if any, EAGS had with the Eritrean Embassy, the PFDJ, or any Eritrean government officials pertaining to the festival hosted in Tacoma, August 2023.

c.  How many tickets were sold to the festival in August of 2023 and how much money was raised compared to projected revenue.

d.  Documents reflecting the nature, extent, cause, and valuation of any alleged property damage, including repair estimates, invoices, receipts, work orders, photographs, and before-and-after condition assessment.

e.  Any witness that will testify to having witnessed a named defendant trespass onto EAGS' property, damage or destroy EAGS' property, or interfere with a contractual relation.

3.  Defense maintains that under Rule26(a)(2), Plaintiff has not provided the required disclosures for expert testimony. The written reports received do not contain the facts or data considered by the witnesses in forming their opinions and lack a statement of compensation to be paid for the study and testimony. Defense would ask for an amended written report that conforms to the rule.

### PLAINTIFF'S ISSUES

1.  Plaintiff has received the declarations from Defendants and is reviewing them.  At first glance, they appear to raise more questions than provide answers.  Plaintiff intends to proceed with its motions as discussed at the last hearing.

JOINT DISCOVERY
DISPUTE STATEMENT – 2

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

2. Plaintiff is also reviewing interrogatory responses and other discovery responses from Defendants to compare those to these recent declarations.

3. Plaintiff has searched for additional responsive documentation as requested by Defendants (section 2.b above).  That additional search did not reveal any further information that was not already produced.

4. Plaintiff can also confirm that all documents concerning its damages have been produced (section 2.d above).

5. Now that Plaintiff has finished its subsequent search, Plaintiff will provide an index to Defendants as requested (section 2.a above).

6. Plaintiff has fully responded to discovery requests regarding persons with knowledge (section 2.e above), so counsel is unclear on what Defendants are asking that has not already been produced.  Undersigned counsel Mr. Wyatt is happy to work with Mr. Jones on this issue.

7. Plaintiff has submitted its expert opinions and provided all documents required by the rules, including, recently, a production of all documents the experts have received. Plaintiff is unclear on what Defendants believe is missing. Undersigned counsel Mr. Wyatt is happy to work with Mr. Jones on this issue.

JOINT DISCOVERY
DISPUTE STATEMENT – 3

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Respectfully submitted,

Dated: February 25, 2026          **STOCKWELL LAW FIRM PLLC**
                                  By:    */s/ Julian N. Jones*
                                         JULIAN N. JONES
                                         WSBA #64129
                                         Attorney for Named Defendants
                                         3300 E Union Street, Suite 108
                                         Seattle, WA 98122
                                         T: 206-708-9023
                                         E: julian@stockwelllawfirm.com

Dated: February 25, 2026          **WYATT GRONKSKI PLLC**

                                  By*:    notified by email 2/25/2026*
                                         TODD WYATT, WSBA #31608
                                         Attorneys for Plaintiff
                                         ERITREAN ASSOCIATION IN GREATER
                                         SEATTLE
                                         540 Newport Way NW, Suite 200
                                         Issaquah, WA 98027
                                         T: 425-395-7784
                                         E: todd@wdlawgroup.com

JOINT DISCOVERY
DISPUTE STATEMENT – 4

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111