UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERITREAN ASSOCIATION OF GREATER SEATTLE, | CASE NO. 3:24-cv-05517-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HENOCK TECKLE GEBREKIDAN et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On February 27, 2026, the Court held a status hearing to discuss the Parties' progress with discovery in this case. Pursuant to the Court's oral rulings, it is ORDERED:

1. Issues related to Plaintiff's incomplete discovery requests as identified by Defendants during the hearing are premature at this time but will be considered by the Court once ripe. Mr. Wyatt and Mr. Jones SHALL continue to meet and confer to hopefully resolve these issues prior to the next status hearing.

MINUTE ORDER - 1

2. The Parties SHALL file a joint status report by **end of day Wednesday, March 11, 2026**, providing an update to the Court on the status of Defendants' outstanding discovery issues with Plaintiff's production.  The Parties SHALL include a summary of any discrete discovery dispute with specificity and each party's individual position on the issue.  The Court will set a briefing schedule for any discovery motion filed by Defendants at the next status hearing.

3. The Parties SHALL appear by Zoom for the next hearing on **Friday, March 13 at 3:00 p.m. PST**.  The Court will schedule additional hearings at that time and will address whether the dispositive motion deadline needs to be extended.

4. The Parties are reminded of the importance of conferral and collegiality as this matter progresses.  The Court is optimistic many of the outstanding discovery issues will continue to be resolved without judicial involvement.

Dated this 2nd day of March 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2