The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ERITREAN ASSOCIATION IN GREATER SEATTLE, a Washington Not for Profit Corporation,

Plaintiff,

vs.

HENOCK TECKLE GEBREKIDAN, a Maryland citizen, SABA KIDANE HERITAGE, a California citizen, AWET TSEHAYE, an Oklahoma citizen, ELEN TESFAGHIORGHIS, a Texas citizen, SOLOMON  GEBREYESUS, a California citizen, YORDANOS GEBREMICHAEL GEBREGIORGIS, a California citizen, TEMESGHEN KAHSAY, a North Carolina citizen, HAILE ANGESOM TSEADA, a California citizen, AFEWERKI TESFAMARIAM, a Georgia citizen, YONATAN TEWELDE, a Pennsylvania citizen,  ESAYAS TEWOLDE TESFAMICAEL, a Pennsylvania citizen, GEBREHIWET TEKLEHAIMANOT, a California citizen, HADUSH BRHANE, a Kentucky citizen, and DOES 1 through 150, inclusive,

Defendants.

Case No. 3:24-cv-05517-DGE

**DECLARATION OF ISAAC ARAYA IN SUPPORT OF MOTION FOR SANCTIONS UNDER RULE 37**

**NOTE ON MOTION CALENDAR: April 6, 2026**

**ORAL ARGUMENT REQUESTED**

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

## DECLARATION OF ISAAC ARAYA

1. I am a resident of Washington State and a citizen of the United States. I am the Plaintiff in this action and one of the founding members of the Eritrean Association of Greater Seattle ("EAGS"). I currently serve as the Executive Director.

2. EAGS is an inclusive community organization serving more than 7,000 Eritreans and members of the broader Seattle community through complex, award-winning programming. It is the largest and most well-run Eritrean community center in the United States.

3. I make this declaration based on my personal knowledge. I have firsthand familiarity with the defendants' social-media activity, their public statements, and the evidence relevant to this case.

### I.   Pre-Litigation and Active Litigation Monitoring and Evidence Preservation

4. Prior to the commencement of this lawsuit, I monitored the defendants' social-media activity with the assistance of digital and social-media personnel. Beginning in May 2023, we tracked threats of violence directed at the Festival.

5. The individuals who later attacked the Festival publicly broadcast their threats, livestreamed their actions, and posted subsequent admissions of their conduct.

6. Due to the volume of material, I downloaded and preserved key videos, posts, and links in June 2023. From these materials, I identified the defendants and the group responsible for the attack.

7. Prior to depositions I once again scanned key social media accounts for evidence which certain evidences was used during the depositions.

8. The individuals involved operate under several names, but the overarching organization is Brigade Nhamedu, a violent extremist organization designated as a terrorist organization in Europe. They target Eritrean-themed events worldwide with coordinated violence.

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 1

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

**II.      Pre-Attack Coordination and Defendants' Conduct**

9.      Between June 1 and July 30, 2023, seven (Esayas, Saba, Awet, Afewerki, Yordanos, Elen, Yonatan) of the thirteen defendants contacted my business and government networks using various template letters and posts falsely alleging sanctions violations and other misconduct in an attempt to block my event permits.

10.      I obtained the letters only through public-records requests to government agencies. These requests are still being fulfilled and may take 2–3 years to complete. The defendants did not produce these letters in discovery. No social media posts were provided in any discovery request.

11.      During depositions, each defendant authenticated the letters but claimed not to know how they were generated and/or why they sent them. Only defendant Yonatan Tewelde produced his letter, and only after it became clear that I already possessed it.

12.      The defendants have consistently withheld and deleted evidence, producing materials only when confronted with proof of their existence, unless the evidence is just damming (i.e. video footage of the riot).

**III.      August 4, 2023 Planning Meeting and Missing Video Evidence**

13.      On August 4, 2023—the night before the attack—11 of the 13 defendants attended a gathering of more than 100 individuals.

14.      Defendants Yonatan Tewelde, Temesghen Kahsay, Esayas Tesfamicael, Saba Heritage (through Kirar Heyab), and Henok Gebrekidan recorded the meeting from multiple angles. The meeting included candle-light rituals and statements referencing the planned attack.

15.      During the riot the next day, rioters repeatedly referenced this meeting, stating:

16.      "We accomplished our objectives," "I told you yesterday I was going to fight with security," and other admissions confirming premeditation.

17.      Despite the existence of multiple recordings, none of the defendants produced any raw video footage of the August 4 meeting.

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 2

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

18.     After the lawsuit was filed, I re-checked the links and accounts where these videos previously existed. Many were deleted or altered. These deletions occurred during active litigation.

## IV.     The Riot and Defendants' Participation

19.     I attended all 13 depositions. It was clear that none of the defendants knew me personally. Their only connection to me is that they targeted my community event because it was Eritrean-themed.

20.     After planning the riot, many of the vandals returned to the same venue at 5:00 a.m. on August 5, 2023, to board buses to the Festival. Others carpooled and met at predetermined locations before charging the Festival grounds.

21.     The area they entered was fenced, closed by permit, and legally an extension of my property. Twelve of the thirteen defendants admitted to breaching the Festival premises.

22.     Video evidence I preserved shows rioters overwhelming security, breaching barriers, destroying tents and merchandise, and confronting security personnel.

23.     The audio and video evidence includes: pepper spray being deployed, gunshots, vandals striking security with metal and wooden flagpoles, flipping tents, chairs and merchandise being thrown, fires being set, and destroying property.

24.     Security personnel made multiple 911 calls reporting fear for their safety. Nearby residents also reported fires. Streets were blocked without permits.

25.     The riot was livestreamed on multiple social-media accounts by defendants, and additional videos were posted shortly afterward.

## V.     Defendants' False Certifications and Spoliation

26.     The defendants submitted a certified declaration to the Court stating that they had: conducted the searches they described, produced all responsive evidence, and possessed no additional discoverable material.

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 3

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

27. I manually performed the same searches using the same parameters the defendants claimed to use, but am perplexed why defendants failed to include as search terms the names of their co-defendants. I located responsive materials that the defendants did not produce.

28. In several instances, I have evidence that defendants deleted posts, videos, and links after the lawsuit was filed. Some of these materials I was unable to download before deletion.

29. The defendants' sworn statements are inconsistent with the actual evidence available on their accounts and with the materials I located through basic searches.

**VI. Examples of Responsive Content Not Produced or Deleted by Defendants**

30. This section reflects my personal review prior to litigation and after the lawsuit was filed. I checked these accounts, the content existed, and later the content was either not produced or deleted.

31. <u>Solomon Ghebreyesus</u>

- **X / Twitter: (@solomongassefa)**: I personally reviewed Solomon's X account before and after the lawsuit. There are 20 responsive posts and videos that he did not produce in response to the Court's order: 6/15/2023 (EriSAT link, now hidden), 7/18/2023 (seven posts), 7/19/2023 (EriSAT YouTube link), 7/26/2023 (two posts: EriSAT link + post), 7/27/2023, 7/28/2023, 8/1/2023 (hidden EriSAT video link), 8/8/2023 (video), 2/25/2024, 11/13/2024, 11/18/2024, 11/27/2024. 4/1/2025.  None of these were produced.

- **YouTube**: His "Oakrail" account listed in his declaration now has a dead link. No video was produced.

- **TikTok**: The account's content was **removed**.

- **Facebook**: Responsive posts on **3/11/2024** and **3/20/2024** were not produced. Tagged content with defendant Elen Tesfagiorgis on 1/24/2025 showing coordination was not produced.

- **Email / DMs:**  No documents were produced; although noted in deposition.

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 4

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

- **Financial Records**: No financial records were produced.

32. Gebrehiwet Teklehaimanot

- **TikTok**: A responsive post on **12/28/2023** was not produced. We showed him five TikTok videos during his deposition that he did not produce and did not mention in his declaration.

- **Facebook**: Six responsive posts from 7/28/2023, 8/10/2023 (three posts), 8/18/2023, and 12/28/2023 were not produced.

- **Financial Records**: None were produced.

33. Elen Tesfaghiorghis

- **Facebook**: There are **23 responsive posts** that she did not produce. These include:7/10/2023 (two posts), 7/11/2023, 7/17/2023 (**deleted post – spoliation**), 7/20/2023, 7/23/2023 (Global Yiakl video - deleted), 8/6/2023 (four posts), 8/7/2023, 8/10/2023, 8/16/2023, 8/19/2023, 3/28/2023, 9/12/2023, 9/25/2023, 11/8/2023, 3/6/2024, 3/11/2024 (two posts), 3/20/2024. Content shown to her during deposition are now removed.

- **Twitter / X**: Her handle changed from @tesfagiorgis to @niharinetna after the lawsuit was filed. 10 responsive posts were identified that were not produced. They tie to Yordanos's linktree.

- **TikTok (@elentesfagiorghi5)**: Everything before 8/9/2023 was deleted. Her TikTok was scanned before the lawsuit; much of that content is now gone.

- **Instagram (@elentesfaghiorghis)**: Not identified in her declaration; now set to private.

- **Financial Records**: Made public statements of financing riot through her non-profit leadership role of Yiakl. None were produced.

34. Saba Heritage

**Email:**

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 5

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

- o Ms. Heritage sent a Plan A letter to the Mayor of Seattle but failed to disclose it or produce in response to the court order.  The Plan A letter came from an email that she uses but she did not identify in her declaration. The email is Sabakidane@icloud.com, which was authenticated during her deposition.  The letter is dated July 2023.
- o In line 5 of her declaration to this court Ms. Heritage declared under penalty of perjury that the time period she searched for documents was from "July/August 2023 to PRESENT."  In response to questions 6 through 10 in her declaration she narrowed all of the search criteria to 8/1-8/6.
- o Ms. Heritage did not use any search terms to search in questions 6 through 10 for documents.  She only used the dates 8/1-8/6.
- o Ms. Heritage deleted questions "9" and "11" from the form questionnaire created by her legal counsel in response to this court's order.  For example:
    - Question 9 required Ms. Heritage to identify her "financial and bank records."  Ms. Heritage deleted question 9 in order to omit the information from her declaration.  Ms. Heritage did not turn over any financial information.
    - Question 11 required Ms. Heritage to identify the physical locations she searched.  Ms. Heritage deleted question 11 in order to omit the information from her declaration.

- **Facebook:** One post from 6/29/2023 is responsive to the court's order but it was not turned over by Ms. Heritage.

- **YouTube:**
- o Ms. Heritage declared that she searched her EriSAT handle from a narrow window of 8/1-8/6, 2023. This is an example of Ms. Heritage changing search parameters to reduce her discovery footprint, this deviates from the over-arching window of July/August 2023 to present that she declared in item number 5 of her

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 6

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

declaration.  There are many videos she did not produce.  We have content in our possession that she has deleted.  The most material deletions/removal activity stem from Saba Heritage after the lawsuit was filed. Even within her search parameters, she did not produce videos subject to the court order.  See dates below:

- o **Links:** Video links that were within her search parameters were not produced.
  - 8/5/23 (riot): https://www.youtube.com/watch?v=7Q7_l0ze7BI
  - 8/6/23: https://www.youtube.com/watch?v=fgTViPO7LS4
  - 8/6/23: https://www.youtube.com/live/fgTViPO7LS4?si=eBZITJYRgKXLf32a
  - 8/6/23: https://www.youtube.com/watch?v=ocuz7tdS4H8
  - 8/5/23 (Riot video): https://www.youtube.com/watch?v=KwI-30fVt68
- o **Other Responsive Videos Not Produced:**
  - 8/10/23: https://www.youtube.com/live/hDMFlwKae_c?si=Cq6vpfgkBn5fbsHS
  - 8/9/23: https://www.youtube.com/live/Y3KaFiNseZU?si=vBuqGTwNUsKLbwBp
  - 8/8/23:https://www.youtube.com/live/ZybAomMd5TU?si=iwFAVh7VQwUzX338
  - 8/7/23: https://www.youtube.com/live/gIjYZLjIS5E?si=mNWAo-ucK91-1gut
  - 8/17/23: https://youtu.be/wBM22O8SeI4?si=0wvNXOOqXP5VOW38
  - 8/11/23: https://www.youtube.com/watch?v=WSTDeJfN_P4
  - 8/11/23: https://www.youtube.com/watch?v=WSTDeJfN_P4
- **Financial Records**: No financial documents were produced. I suspect it comes from EriSAT; Henok mentioned in his deposition that Saba authorized payment

DECLARATION OF ISAAC ARAYA
CASE No. 3:24-cv-05517-DGE - 7

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

for his Seattle trip. In addition, Saba Heritage is the board chair of EriSAT and Chief Editor, where she authorized broadcasts to fundraise for the riot, including buses, walkie talkies, logistics and other items before the festival, which was led by her employee Henok Gebrekidan. Her angle is to live stream riots and violent content on her youtube channel to generate revenue.

35.   Yonatan Tewelde

- **Video/Theme:** Yonatan did not disclose his YouTube channel. This is where he edited his videos. He did not identify the software he utilized to edit videos. In his declaration he states that the underlying material is in a journalist folder. There is no privilege log or a protection order in this case.

- **Cell phone:** Mr. Tewelde testified at his deposition that he recorded the planning meeting and protest and took pictures on his cell phone. He did not provide any video footage as mandated by the court order.

- **Emails**: Yonatan did not produce any coordination emails or from whom he received the Plan A letter.

- **Twitter/X**: There are two posts that are responsive but not provided, 1/24/25 and 11/724. He did not provide any search terms for this account. They tie to Yordanos's linktree.

- **TikTok**: There is one post that is responsive to the court's order on 8/19/2023 but it was not provided. The TikTok post is a slice from his YouTube channel.

- **YouTube**: @YTJournal is his handle. There are responsive materials here. Yonatan recorded the gathering and riot and subsequent celebration and picnic.
  o   8/22/23: https://youtu.be/Msm699aVFsc?si=XK_D3k0gIafm7v_R
  o   8/22/23https://youtu.be/y8HBPJAmdgY?si=rmQwOAD7KeC-M0Xh

- **Bank records:** No financial documents were produced.

- **Billboard bus:** There was a billboard bus, which Yonatan declared he developed the underlying content for; he has not provided the contracts, communications

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 8

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

with the company that subsequently ran over our merchandise.  The logo of Yiakl was on the video.  Yonatan will not share who he obtained authorization from.  The cost of this truck is very expensive.

36.    <u>Yordanos  Gebregiorgis</u>

- **TikTok**: Ms. Gebregiorgis withheld and did not disclose her TikTok accounts in her declaration.  She is extremely active on TikTok with 58K likes with a very large following.  It is now set to private.  Given the posting activity she should have something on the @yori_gualtedrer account.  Her second account @yonilove80 was deleted after the lawsuit.  There is a post from the riot on it that we downloaded before the lawsuit.

- **Linktree posts**: She was sharing a linktree on Facebook with other defendants to post on twitter, festivalofshame, which other defendants subsequently posted.  Yordanos did not provide any of the posts.  We have examples of them.  The link tree was deleted after the lawsuit was filed.

- **Email:** Yordanos misspelled her email address.  Declaration says "yorria38@gmail.ocm" her real email address is yoria38@gmail.com.  She searched the wrong email address. Yordanos did not produce the plan A letter that she sent to the Mayor of Seattle.  EAGS obtained the letter through a Freedom of Information Act request.  Ms. Yordanos compliance with the court's order would have produced the letter and, more importantly, it would have identified the person that instructed her to send the letter to the Seatle Mayor.

- **WhatsApp:** Yordanos admitted to writing the underlying content for the Washington post article and was in a group chat with the reporter.  Yordanos was reminded during her deposition of the whatsapp messages and was even showed a video of it. However, Yordanos did not produce the group chat content. We retrieved excerptsof the whatsapp chats from a 3rd party attorney who was in the group, which we subpoenaed.

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 9

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

- **X Post:** Yordanos did not produce any X posts. There are 10 posts that are responsive to EAGS production request and the court order.

- **Facebook:** There are 9+ post that are responsive to EAGS production request and the court order that Ms. Yordanos did not produce.  Her Facebook account contained fundraising requests with Tecle Kidane's  Chase checking account's Routing number: 325070760 and Account number 523650920.  It also included a Zell transfer number.  This is the same account Henok Grebrekidan and Awet Tsehaye were using to fundraise for logistics, buses, and walkie talkies.

- **Bank Records:** Ms. Yordanos did not turn over any financial documents; including her fundraising efforts for the riot.

37.  <u>Hadush Berhane</u>

- **TikTok:** Mr. Berhane deleted everything before 1/1/2025.  This was done after his deposition.  We showed him videos in his deposition that are no longer on his profile.  There are over 20+ responsive items that he deleted.

- **Facebook:** He deleted content between July 1 – August 22,2023 and purged all Brigade Nhamedu related content.  There is a post on August 7, 2023, that is responsive to our request and the court order that was not provided. Mr. Berhane has 230K followers.

38.  <u>Temesgen Kahsay</u>

- **Facebook:** He removed all photos prior to May 17, 2024.  This was there prior to the lawsuit.  He purged his entire account of brigade nhamedu content.  There is one post of blue revolution picture from Charlotte riot.  We have a video of his Facebook livestream we showed him in his deposition.  It doesn't exist anymore.

- **TikTok:** He purged his account.  There is a post on 8/11/23 that is responsive to our discovery request and the court order that was no produced.

- **Video:** There is video content showing Mr. Kahsay recording at the riot.  No videos were provided**.**

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 10

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

- **Bank Records:** No financial documents were provided.

39.    Esayas Tesfamicael

- **Video:** Mr. Tesfamicael recorded the planning meeting, full riot and assault on a family (he is seen on body camera footage).  He Livestreamed and posted video to EriSAT and Global Yiakl.  He made representation that the riot video was posted on Global Yiakl on his livestream, but did not provide any video in response to the court order.  Footage is all gone.  We utilized excerpts in his deposition.

- **Email:**  Mr. Tesfamicael wrote a Plan A letter and sent it to the Mayor of Seattle.  Mr. tesfamicael did not produce the letter and coordination communications in response to the court order.

- **X Post**: Mr. Tesfamicael has16 responsive posts on his X account that he has not produced in response to the court order.  They tie to Yordanos's linktree.

- **Facebook**: provided a dead link and no handle.

- **YouTube**: There is one video that is responsive to the court order that he did not provide.  It is in local language and is another admission of the attack.

  o **Link**:  https://youtu.be/bzLQHAsy7YA?si=Q8CcD4rGVwNDXwMK

40.    Haile Tseada

- **Email:** He did not produce his plan A letter that was sent to the Mayor of Seattle.

- **Facebook**: He has 5 responsive posts, which he did not provide in response to the court order.

41.    Awet Tsehaye

- **Email: Mr. Tsehaye**  Made representations on social media that he sent at least 10 Plan A letters to various government officials.  EAGS is in possession of four (4) of the letters that were obtained through a Freedom of Information Act request.  He has not provided Plan A letters that he sent to congressional officials Adams and Jaypal and the Seattle City Council and Tacoma City Council.  He

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 11

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

only provided what we displayed and provided to him in his deposition. No coordination emails were provided.

- o Mr. Tsehaye withheld an email that he used to send a Plan A letter to the Mayor of Seattle. EAGS currently has outstanding public disclosure requests for Tacoma, Seattle and other government agencies for Plan A letters sent by Mr. Tsehaye.

- **X-Post**: He has at least 9 posts that are responsive to discovery and the court order which he did not produce. They tie to Yordanos's linktree.

- **Bank records:** Mr. Tsehaye did not produce any financial documents in response to the court order. However, he was fundraising for the bus, walkie talkies and other items before the festival.

42.  Henok Gebrekidan

- **X Post:** He has at least 5 posts that are responsive to discovery and the court order which he did not produce. They tie to Yordanos's linktree.

- **Video footage:** He is on video recording the gathering, riot, taking pictures of destroyed property. He did not turn any of that footage over.

- **Bank records:** He did not turn over any financial documents. Mr. Gebrekidan did not produce any financial documents in response to the court order. However, he was fundraising for the bus, walkie talkies and other items before the festival.

43.  Afewerki Tesfamariam

- **Email:** Mr. Tesfamariam sent a Plan A letter to the Mayor of Seattle that was responsive to EAGS discovery request and the court's order that was not provided.

- **X Post:** He did not search his X post. Found 5 responsive items. They tie to Yordanos's linktree.

44.  **Prejudice to My Ability to Litigate**

EAGS is prejudiced by the defendants' spoliation and withholding of evidence in the following

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 12

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255

ways:

- **Joint Enterprise Evidence:** Missing video angles and posts would show coordinated action, premeditation, and joint enterprise liability.
- **Business Network Letters and Post:** Because defendants refuse to disclose the origins and distribution of the template letters, EAGSI cannot identify the correct city officials to contact and my attorneys to depose regarding the resulting increase in audits and grant disruptions.  To depose everyone is economically not viable. Freedom of information act requests will not be fulfilled for years.
- **Enterprise Structure:** Defendants tagged each other before, during, and after the riot. Defendants fundraised for the riots in advance.  Defendants stayed in same hotels, but they refuse to identify where they stated and to produce the records corroborating their stays toghether. Some have participated in similar riots in other states, together, including assaults on police officers. Missing evidence would further establish this pattern.
- **Damage expert report:** I have to refresh the damage report based on the new findings. If I would have received the evidence, I would have a more complete report and completed it more efficiently.
- **Strategy of costly litigation:** Defendants know from the damage reports that the damages exceed their net worth, so they are employing a costly litigation to spend us out of litigation. For example, defense counsel wants my counsel  attorney to fly to seattle every week for in person meetings on Fridays with the court.  If I would have received the information, then I would not have to continue to pay those costs. Things like simply scheduling depositions are take significant resources; this is not because of conflicts, this is a defense strategy.  Another example, I had to search video records to identify the license plate of the billboard truck that destroyed my property, then hire a private investigator to locate the company, then subpoena the company for records, which was a sub-contract request from another entity in Texas, which is the headquarter of Yiakl (a non-profit that Elen Tesfagiorgis and Awet Tsehaye operate to coordinate riots).  The logo on the bus had the Yiakl logo.  The video was produced by Yonatan Tewelde, a yiakl member and provided to the Texas billboard company. Awet Tsehaye was posting about the bus on his social media activity.  I still don't have any information of original sources and have incurred expenses.

I confirm that social-media posts that I personally located are responsive materials or deleted content that defendants failed to produce despite the Court's order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 13th day of March, 2026 in Seattle, Washington.

By: _/s/ Araya Isaac_____

ARAYA ISAAC

DECLARATION OF ISAAC ARAYA
CASE NO. 3:24-cv-05517-DGE - 13

PROMETHEUS PARTNERS L.L.P.
1950 Broadway, 30th Floor, Suite 3011
Oakland, CA 94612
415-527-0255