UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERITREAN ASSOCIATION OF GREATER SEATTLE, | CASE NO. 3:24-cv-05517-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HENOCK TECKLE GEBREKIDAN et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On March 13, 2026, the Court held a status hearing to discuss the Parties' progress with discovery in this case. Pursuant to the Court's oral rulings, it is ORDERED:

1. As discussed during the hearing, Plaintiff SHALL produce an index for its discovery production by **end of day Monday, March 16, 2026**.

MINUTE ORDER - 1

2. Plaintiff SHALL also compile a formal declaration related to its search for responsive documents and produce said declaration to Defendants by **end of day Wednesday, March 18, 2026**.

3. Defendants' request that the Court order nonparty Efrem Marahi to produce his personal Zelle records (*see* Dkt. No. 151 at 1–2) is DENIED because the Court does not have authority to order production of a party not named in the lawsuit. Defendants' request to issue a non-party subpoena to Mahari is similarly DENIED because this issue has not yet been raised in the course of the status hearings and the discovery period is now closed.

4. The Parties SHALL appear by Zoom for the next hearing on **Friday, March 20, at 3:00 p.m. PST**.  During that hearing the Court will address the new dispositive motion deadline.  The Court will also schedule additional hearings at that time.

5. The Parties SHALL file a joint status report by **12:00 p.m. on Thursday, March 19, 2026**, providing an update to the Court on the status of any outstanding discovery issues as identified during the hearing.  The Parties should continue to meet and confer to resolve any remaining issues that can be addressed without court intervention.

Dated this 16th day of March 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2