THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION OF
GREATER SEATTLE,

               Plaintiff,

     v.

HENOCK TECKLE GEBREKIDAN et al.,

               Defendants.

CASE NO. 3:24-cv-05517-DGE

JOINT DISCOVERY DISPUTE
STATEMENT

The parties jointly submit this discovery disputed statement:

**DEFENDANTS ISSUES**

1. Defendants respectfully request the Court's guidance on how to respond to Plaintiff's recent filings in light of the docket status and timing of those submissions. Defendants do not wish to burden the Court or the docket with unnecessary briefing and therefore respectfully request the Court's direction as to whether, and on what schedule, Defendants should respond to any portion of Plaintiff's filings that the Court deems properly before it.

JOINT DISCOVERY
DISPUTE STATEMENT – 1

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

2. Defendants have received and are reviewing the index for Plaintiff's "Volume 1"

3. Defendants have received and are reviewing the declaration of Isaac Araya and have some concerns.

    a. The declaration indicates that AWA IT Solutions LLC was hired to conduct the search but provides no formal record of this search, merely stating it did not produce new materials.

    b. Mr. Araya states that he searched "through EAGS files and emails" for responsive material, but does not specify which email address(es), what files this includes, whether this includes email addresses associated with leadership, or simply a general email address.

Further specifics regarding what was searched and how this search was conducted would likely be included in any report generated by AWA IT Solutions LLC. Accordingly, if such a report was produced, Defense is requesting a copy.

4. Defendants are still waiting on Plaintiff to provide amended Expert Witness reports that include signatures, publications, prior testimony, and compensation details.

5. Defendants request the court's leave to submit a short and concise motion to compel on the above issues and other discovery issues that have not been successfully resolved through meet and confer efforts.

6. Defendants anticipate a new dispositive motion deadline will be provided at the next hearing and will plan to file accordingly.

JOINT DISCOVERY
DISPUTE STATEMENT – 2

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

**PLAINTIFF'S ISSUES**

1. Concerning document production searches by EAGS, EAGS was asked to provide a declaration of what it did to search for documents.  It did so and is attached to this JSR.  There was no "report" by the IT contractor hired.  In CR 26 conferences, Defendants had asked EAGS to search for communications with the Eritrean Embassy.  *Although the information is irrelevant to the claims and defenses in this case*, EAGS did so.  Nothing was found and the person who would have knowledge, if there were such communications, has confirmed this.  There is nothing else for EAGS to do.  This issue raised by Defendants is merely an attempt to cast discovery disputes as a "both sides" question when, in fact, it is Defendants who have systematically thwarted discovery.

2. The expert reports were sent to Defendants last November.  In that disclosure on November 3, *on the first page*, the food safety expert states his hourly rates for trial and retention.  That Defendants waste time asking for hourly rates for this expert shows Defendants did not even read the disclosure.  The damages expert bills at work rate of $500 per hour and, for deposition and trial, $1,000 per hour.

3. Concerning other testimony, on February 11, 2026, Mr. Wyatt emailed Mr. Jones stating, "Neither of our disclosed experts have published articles in the last 10 years.  Mr. Essa, our food safety expert, has not testified in a deposition or at trial in the last four years.  Mr. Quintero, our damages expert, has testified once in the last four years.  The case was:  GEORGOPOULOS, vs. CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION - SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO,

JOINT DISCOVERY
DISPUTE STATEMENT – 3

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111

Case No. CGC-22-597804." It is baffling Defendants keep raising this issue when they have had the information for over five weeks.

4. The expert disclosures have been provided and the rules complied with. It appears the only thing technically "missing" is an ink signature on the reports. If Defendants—who never bothered to depose either expert, or anyone for that matter—want to insist on that, it can be provided.

Respectfully submitted,

Dated: March 19, 2026        **STOCKWELL LAW FIRM PLLC**
                             By:    */s/ Julian N. Jones*
                                    JULIAN N. JONES
                                    WSBA #64129
                                    Attorney for Named Defendants
                                    3300 E Union Street, Suite 108
                                    Seattle, WA 98122
                                    T: 206-708-9023
                                    E: julian@stockwelllawfirm.com

Dated: March 19, 2026        **WYATT GRONKSKI PLLC**

                             By:    *notified by email 3/12/2026*
                                    TODD WYATT, WSBA #31608
                                    Attorneys for Plaintiff
                                    ERITREAN ASSOCIATION IN GREATER SEATTLE
                                    540 Newport Way NW, Suite 200
                                    Issaquah, WA 98027
                                    T: 425-395-7784
                                    E: todd@wdlawgroup.com

JOINT DISCOVERY
DISPUTE STATEMENT – 4