UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERITREAN ASSOCIATION OF GREATER SEATTLE, | CASE NO. 3:24-cv-05517-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HENOCK TECKLE GEBREKIDAN et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On March 20, 2026, the Court held a status hearing to discuss the Parties' progress with discovery in this case. Pursuant to the Court's oral rulings, it is ORDERED:

1. Regarding Plaintiff's discovery motion, the Court will consider Dkt. No. 162-1 as the operative motion. Dkt. Nos. 153 and 154 are STRICKEN. Plaintiff has filed over 2,600 pages of exhibits. Plaintiff is reminded that the Court will consider only specific citations to the record; general citations to entire exhibits will be ignored.

MINUTE ORDER - 1

    a.   Defendants SHALL respond to the motion on or before April 3, 2026. The motion remains noted for consideration on April 13, 2026.

2.   Dkt. No. 156 is STRICKEN because it is not a proper motion and pursuant to Local Civil Rule 7(b)(1), proposed orders should be sent via email to chambers in an editable format.

3.   To the extent there are still outstanding issues with Plaintiff's expert disclosures, Defendants may file a *Daubert* motion on or before the dispositive motion deadline.

4.   Defendants' request that the Court order the production of a formal report from Plaintiff's IT consultant is DENIED.

5.   Defendants' request to file a discovery motion related to Plaintiff's witness list is DENIED.

6.   The new dispositive motion deadline is May 22, 2026. The new deadline for motions in limine, proposed voir dire, proposed jury instructions, trial briefs, and the pretrial order is July 31, 2026.

7.   The pretrial conference remains scheduled for 1:30 P.M. on September 11, 2026, in Courtroom B before the undersigned. Trial remains scheduled starting on October 5, 2026.

8.   While the Court is no longer holding regular discovery hearings in this matter, it reminds the Parties of the importance of continued conferral and collegiality as this case continues toward trial.

Dated this 23rd day of March 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2