THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIC OF WASHINGTON
AT TACOMA

ERITREAN ASSOCIATION OF
GREATER SEATTLE,

               Plaintiff,

   v.

HENOCK TECKLE GEBREKIDAN et al.,

             Defendants.

Case No. 3:24-cv-05517-DGE

NOTICE OF APPEARANCE FOR
SAYER RIPPEY

TO:        THE CLERK OF COURT

AND TO:   ALL COUNSEL OF RECORD

## I.    **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sayer Rippey of Stockwell Law Firm PLLC hereby enters this appearance as counsel of record on behalf of each of the thirteen named Defendant in the above-entitled matter and requests that all further pleadings and papers therein, exclusive of original process, be served upon said attorney for these named defendants.

NOTICE OF APPEARANCE – 1

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 323-0580

DATED this 4th day of May, 2026.

By: Sayer Rippey

_____
Sayer Rippey
Stockwell Law Firm PLLC
WSBA # 56718
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111
sayer@stockwelllawfirm.com
Attorney for Named Defendants:

NOTICE OF APPEARANCE – 2

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 323-0580

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

☒   **Eduardo G Roy**
PROMETHEUS PARTNERS LLP
1950 BROADWAY
STE 3011
OAKLAND, CA 94612
415-527-0255
Email: eduardo.roy@prometheus-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

☒   **Todd W Wyatt**
WYATT GRONSKI PLLC
371 NE GILMAN BLVD
SUITE 260
ISSAQUAH, WA 98207
425-395-7784
Fax: 425-837-5396
Email: todd@wdlawgroup.com
*ATTORNEY TO BE NOTICED*

DATED this 4th day of May, 2026.

_____
Sayer Rippey
Stockwell Law Firm PLLC
WSBA # 56718
3300 E Union Street #108
Seattle, WA 98112
(206) 929-3111
sayer@stockwelllawfirm.com
Attorney for Named Defendants

NOTICE OF APPEARANCE – 3

**Stockwell Law Firm PLLC**
3300 E Union Street #108
Seattle, WA 98112
(206) 323-0580