UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERITREAN ASSOCIATION OF GREATER SEATTLE,<br><br>                    Plaintiff,<br><br>       v.<br><br>HENOCK TECKLE GEBREKIDAN et al.,<br><br>                    Defendant. | CASE NO. 3:24-cv-05517-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Before the Court is Plaintiff's motion for leave to file an overlength brief related to its upcoming motion for partial summary judgment. (Dkt. No. 176.) Pursuant to Local Civil Rule 7(f), Plaintiff requests a total of 44 pages of briefing because it anticipates needing 2–2.5 pages per Defendant for its statement of facts and will be moving for summary judgment on two of its five causes of action. (*Id.* at 2.)

MINUTE ORDER - 1

As a preliminary matter, under Local Civil Rules 7(e)(4) and 7(e)(6), Plaintiff's motion (prior to any extension) may not exceed 8,400 words, not counting the caption, table of contents, table of authorities, signature block, and certificate of service.  Though Plaintiff requests leave to "exceed the page limits for its opening brief by 24 pages to a total of 44 pages" (Dkt. No. 176 at 2), the Court notes that even before any extension, Plaintiff was entitled to approximately 27 pages of substantive content.[1]

Notwithstanding, Plaintiff's motion is GRANTED in part and DENIED in part.  Plaintiff may file a brief in support of its motion for summary judgment of no more than 33 pages. Defendants may file an opposition brief of no more than 33 pages.  *See* Local Civil Rule 7(f)(4). Plaintiff may file a reply brief of no more than 16 pages.  *Id.*

Finally, the Parties SHALL use in-text citations, and not footnote citations, in their briefing on the motion for summary judgment.

Dated this 13th day of May 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

---

[1] The Court employs a word count tool found at https://wordcounter.net/words-per-page to calculate the approximate number of pages based on the word limits in Local Civil Rule 7(e).

MINUTE ORDER - 2