UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERITREAN ASSOCIATION OF GREATER SEATTLE, | CASE NO. 3:24-cv-05517-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HENOCK TECKLE GEBREKIDAN et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court refers to Dkt. No. 187 for a recitation of the facts underlying Plaintiff's motion for extension of time (Dkt. No. 182) to respond to Defendants' *Daubert* motion, which was filed on May 6, 2026.  (*See* Dkt. No. 174.)

On June 1, 2026, Plaintiff filed a motion for reconsideration of that order.  (*See* Dkt. No. 188.)  Plaintiff offers various excuses and explanations for its failure to respond by the deadline outlined in the local rules and argues that in the interests of justice, its response should be

MINUTE ORDER - 1

considered.  (*Id.* at 2–11.)  On June 2, the Court ordered Defendants to respond to Plaintiff's motion.  (Dkt. No. 191.)  On June 3, Defendants filed their response, arguing that Plaintiff has not presented a compelling reason for the Court to consider its previous order.  (Dkt. No. 192.)

The Court recognizes the headaches and frustrations caused to Defendants—and to the Court itself—by Plaintiff's lack of diligence in this matter.  Further, the Court agrees with Defendants that Plaintiff's proffered reasons for its failure to meet the response deadline should have been presented to the Court in its initial request for more time, rather than in a motion to reconsider a decision already issued by the Court.  At bottom, however, the Court is guided by the general principle that "[c]ases should be decided upon their merits whenever reasonably possible." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986).

Plaintiff's motion (Dkt. No. 188) is therefore GRANTED.  Because Plaintiff's response was previously stricken, Plaintiff is ORDERED to file its response to Defendants' *Daubert* motion no later than **June 4, 2026**.  The Court will not consider a late response.  Defendants SHALL file their reply on or before **June 11, 2026**.  *See* Local Civil Rule 7(d)(3) (reply papers should be filed six days after the filing date of the response).

The Clerk is directed to reset the noting date for Defendants' *Daubert* motion (Dkt. No. 174) to June 11, 2026.

The Court further invites Defendants to file a motion for attorney fees related to (1) Defendants' response to Plaintiff's motion for extension of time (Dkt. No. 183) and (2) Defendants' response to the Court's order to show cause related to Plaintiff's motion for extension of time (Dkt. No. 192).  Any motion for fees SHALL be filed no later than **June 15, 2026**.

Dated this 3rd day of June 2026.

MINUTE ORDER - 2

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.